Christopher R. Cooke
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, AK  99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746
Attorney for Plaintiffs
e-mail: crcooke@cookeroosa.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES DOE 59 through 71, JAMES DOE 73 ) <br> through 94, JANET DOE 4 through 7, and ) <br> JEAN DOE 3 through 6, ) <br> ) <br> Plaintiffs, ) <br> ) <br> -against- ) <br> ) <br> THE SOCIETY OF JESUS, OREGON ) <br> PROVINCE; THE SOCIETY OF JESUS, ) <br> ALASKA; THE SOCIETY OF JESUS, ) <br> FATHER GENERAL ADOLFO NICOLAS, ) <br> SJ AND HIS PREDECESSORS; THE ) <br> PIONEER EDUCATIONAL SOCIETY; ) <br> FATHER STEPHEN SUNDBORG, S.J.; ) <br> ANTON SMARIO; FATHER HENRY G. ) <br> HARGREAVES; and DOES 1 through 100, ) <br> inclusive, ) <br> Defendants. ) | U.S. District Court Case No. <br> 4:09-CV-0008 RRB <br> <br> Superior Court Case No. <br> 4BE-09-14 CI |

## **AFFIDAVIT OF CHRISTOPHER R. COOKE**

STATE OF ALASKA            )
                                              )  ss.
THIRD JUDICIAL DISTRICT   )

Christopher R. Cooke, being first duly sworn on oath, hereby affirms and states as follows:

1.      I am one of the attorneys for the plaintiffs in the above-titled case.

2.      I am familiar with the Chapter 11 Bankruptcy case filed by the Society of Jesus, Oregon Province, entitled *In re Society of Jesus, Oregon Province*, Case No. 09-30938, in Portland, Oregon.

3.      A 341(a) First Meeting of Creditors hearing in that case was held March 17, 2009 in the office of U.S. Trustee M. Vivienne Popperl in Portland, Oregon.

4.      The 341(a) hearing was transcribed. Portions of the transcript referenced in the Plaintiffs' Opposition to Defendant Society of Jesus' and Defendant Father General Adolfo Nicolas, S.J. and his Predecessors' Motion to Dismiss, filed herewith, are attached to this affidavit and identified as Exhibit 1.

5.      The Affidavit of Patrick J. Wall, paragraph, 4, refers to documents of the discipline of James E. Poole, S.J., from August 25, 1960, as Exhibit C.

6.      These documents, and contextual correspondence between the Alaska Superior, the Oregon Provincial and the Father General in Rome concerning Father Poole's behavior in St. Mary's, Alaska, were part of the record in earlier litigation, *Jane Doe 2 v. James E. Poole, S.J., Catholic Bishop of Northern Alaska, The Society of Jesus, Oregon Province, and The Society of Jesus, Alaska*, Superior Court Case No.: 2NO-04-083 CI; Supreme Court Case No.: S-12412. [Appellant's Excerpt of Record, pp. 1-7.]

7.      This correspondence – a letter of July 16, 1960 to Paul O'Conner, S.J., (incomplete), a letter of August 1, 1960 from the Provincial of the Oregon Province and

Father Henry Hargreaves, S.J. in Bethel, Alaska, and a letter of September 1, 1960 from Father Hargreaves to Very Rev. John B. Janssens, S.J., the Father General in Rome [all of which discuss, or are, communications with Rome about Father Poole] - and the Poole discipline documents of August 25, 1960, are attached to this affidavit and identified as Exhibit 2.

8.  On information and belief, the person identified in the Hargreaves letter as "John B. Janssens, S.J.," is actually Jean-Baptiste Janssens, S.J. (December 22, 1889—October 5, 1964), the twenty-seventh Superior General of the Society of Jesus.

**FURTHER AFFIANT SAYETH NAUGHT**

Dated at Anchorage, Alaska, this _17th_ day of April, 2009.

Christopher R. Cooke

SUBSCRIBED AND SWORN before me at Anchorage, Alaska, on this _17th_ day of April, 2009.



Notary Public in and for the State of Alaska
My commission expires: 12-14-2012

BEFORE THE UNITED STATES TRUSTEE

In re

SOCIETY OF JESUS, OREGON
PROVINCE,

        Debtor.

Case No. 09-30938-elp11

341(a) FIRST MEETING OF
CREDITORS

# TRANSCRIPT OF PROCEEDINGS

### March 17, 2009

U.S. Trustee's Office
Portland, Oregon

**BEFORE**

M. VIVIENNE POPPERL
  Attorney for the U.S. Trustee's Office

**APPEARANCES**

HOWARD LEVINE and THOMAS STILLEY
  Attorneys at Law for the debtor

JAMES STANG and HAMID RAFATJOO
  Attorneys at Law for the Creditors Committee

LEANDER JAMES
  Attorney at Law for Idaho claimants

Transcribed from electronic recording by
525 Sleepy Hollow Road
Appleton, WA 98602

EXHIBIT ___1___

___1___ OF ___1)___

**Morgan Verbatim, Inc.**

509-365-0089

## INDEX

Introductory statement by Ms. Popperl . . . . . 2

Statement by Mr. Stilley . . . . . . . . . 12

Examination by Ms. Popperl

    Fr. Tyrrell . . . . . . . . . . . . . 14

    Mr. Lockyear . . . . . . . . . . . . 18

Examination by Mr. Manley . . . . . . . . . 62

    Mr. Lockyear . . . . . . . . . . . . 62

    Fr. Tyrrell . . . . . . . . . . . . . 64

    Mr. Lockyear . . . . . . . . . . . . 76

    Fr. Tyrrell . . . . . . . . . . . . . 80

    Mr. Lockyear . . . . . . . . . . . . 81

    Fr. Tyrrell . . . . . . . . . . . . . 84

    Mr. Lockyear . . . . . . . . . . . . 89

    Fr. Tyrrell . . . . . . . . . . . . . 92

Examination by Mr. James . . . . . . . . . 103

    Fr. Tyrrell . . . . . . . . . . . . . 103

Examination by Mr. Stang . . . . . . . . . 104

    Fr. Tyrrell . . . . . . . . . . . . . 104

    Mr. Lockyear . . . . . . . . . . . . 129

    Fr. Tyrrell . . . . . . . . . . . . . 132

    Mr. Lockyear . . . . . . . . . . . . 138

EXHIBIT 1
2 OF 11

1    MR. LOCKYEAR:  That -- it's a community property, so
2    the community primarily would make that decision.
3    Q.   (By Mr. Manley)  So let me ask you some organizational
4    questions and I want to direct this --
5         MS. POPPERL:  Please speak up, because people want to
6    hear you.
7         MR. MANLEY:  Okay.
8    **EXAMINATION OF FATHER TYRRELL**
9    BY MR. MANLEY:
10   Q.   Nice to see you again, Father Tyrrell.  Let me ask you
11   some organizational questions.
12   A.   Mm-hmm.
13   Q.   Who appoints the head of each Jesuit Community that you
14   contend owns these properties that we've been talking about
15   today?
16   A.   The superior, you mean?
17   Q.   Whoever.  Who appoints them?
18   A.   If you're speaking about the superior, that's appointed by
19   Father Provincial.
20   Q.   Okay.  So the head of the Oregon Province appoints those
21   men; right?
22   A.   Yes.
23   Q.   Now, do they have to do what he says organizationally?
24   They take an oath of obedience to him when they become Jesuits?
25   A.   No.

Fr. Tyrrell                          64                by Mr. Manley

EXHIBIT ____1____
3    OF   11

1  Q.   You don't take an oath of obedience to your superior?

2  A.   We take a vow of obedience.

3  Q.   Okay.  Do they take a vow of obedience?

4  A.   Yes.

5  Q.   All right.  So he is their secular supervisor and their

6  ecclesiastical supervisor; is that accurate?

7  A.   Ecclesiastical supervisor, yes.  I don't know --

8  Q.   Let me ask it a different way.

9  A.   Yeah.

10 Q.   Who do the heads of, like, the Colombiere Jesuit Community

11 and the Seattle U Jesuit Community and the Hayden Lake Jesuit

12 Community, wherever these communities are -- the heads of the

13 communities, who's their boss?

14 A.   In the community, they're the boss.

15 Q.   Okay.  Who do they work for?

16 A.   They work for the community as the superior of the

17 community.

18 Q.   Who does the head of the community work for?  Who

19 supervises that person?

20 A.   The superior -- he is appointed by the Provincial.

21 Q.   Okay.  Does he work for the Provincial?  Does he have to

22 do what the Provincial tells him to do?

23 A.   He is made the superior, and his job is to run the

24 community.

25 Q.   Okay.  So his boss -- you know, think of it just as a --

Fr. Tyrrell                                        by Mr. Manley

EXHIBIT  1

4   OF  11

1   you know, his supervisor, the person he's responsible for

2   answering to, is the Provincial; is that correct?

3   A.   That is correct.

4   Q.   Okay.  Who appoints the Provincial?

5   A.   Father General.

6   Q.   Who is that?

7   A.   He is Father Nicolas Adolf --

8   Q.   Father Adolf?

9   A.   Adolfo Nicolas is his name.

10  Q.   Okay.  Well, who appoints Father Adolf?

11  A.   He is elected.

12  Q.   Okay.  So Father Adolf appoint --

13  A.   Father Nicolas.

14  Q.   Whatever.

15  A.   His last name is Nicolas.

16  Q.   So Father Adolf Nicolas appoints the Jesuit Provincial for

17  the Oregon Province; is that right?

18  A.   Yes.

19  Q.   Okay.  And can he remove him?

20  A.   I don't know.

21  Q.   Okay.  Does the -- does Father Lee work for Father Adolf?

22  A.   I don't understand what you mean by "work for."

23  Q.   Who supervises Father Lee in the Jesuits?

24  A.   I don't know what "supervises" means in this case.  You'd

25  have to articulate --

Fr. Tyrrell                                        by Mr. Manley

66  EXHIBIT  _____1_____

    _____5_____ OF _____11_____

1  Q.    You don't know what supervise means?

2  A.    Well, you'd have to articulate.  I know from a church

3  standpoint what it is, but are we talking about --

4  Q.    Well, what happens if Father Lee starts sleeping with

5  women and stealing money as Provincial?  What happens then?

6  Who can take care of that and discipline him?

7  A.    Father General.

8  Q.    Okay.  So he's responsible to Father General; is that

9  accurate?

10  A.    Again, I'm not sure exactly what you're saying when you

11  say "responsible."

12  Q.    I'm just trying to establish who's in charge of whom, sir.

13  So does Father General have supervisory -- supervisorial

14  authority of any type or sort over Father Lee?

15  A.    Yes.

16  Q.    Okay.  Now, can Father Lee -- is there an amount of money

17  Father Lee, as the Provincial, can spend -- well, let me ask,

18  can Father Lee spend any amount of money he wants without

19  seeking permission from Father Adolf?

20  A.    I lost the negatives there.

21  Q.    Sorry.

22  A.    Okay.  Start over again.

23  Q.    My fault.  Can Father Lee go out and spend any amount of

24  money he wants --

25  A.    No.

Fr. Tyrrell                                           by Mr. Manley

67 HIBIT ___1___

6 OF 11

1   Q.   -- of the Province's money, without getting the permission

2   of Father Adolf?

3   A.   The question is still not working.

4   Q.   Let me just get to the point.  My understanding is is that

5   if he's going to spend more than X -- and I think it's $5

6   million -- he has to get the permission as the -- the Oregon

7   Provincial, Father Lee, has to get the permission of Father

8   Adolf to spend that; is that -- is my understanding correct or

9   incorrect?

10  A.   Your understanding is correct.

11  Q.   Okay.  All right.  So what is the relationship between the

12  Oregon Province and Father Adolf and these fellows in Rome that

13  are Jesuits, too?

14        MR. LEVINE:  Object to the question as vague.  I

15  don't understand what "these fellows in Rome" means?  Can you

16  -- if you can be specific in your questioning, he might be able

17  to answer better if --

18  Q.   (By Mr. Manley)  Does Father Adolf work with other priests

19  or Jesuits -- does Father Adolf work with other Jesuits in

20  Rome?

21  A.   Yes.

22  Q.   Are there members of the Oregon Province that are in Rome

23  that work with Father Adolf?

24  A.   Yes.

25  Q.   Okay.  So what is the connection or what is the nature of

Fr. Tyrrell                                      by Mr. Manley

68
EXHIBIT  /
7   OF  11

1  relationship between Father Adolf and these other priests, who

2  are in Rome, who apparently supervise Father Lee?  What's that

3  -- what's the nature of that relationship?

4  A.    Excuse me.  I don't understand the question.

5  Q.    Okay.

6          MS. POPPERL:  Wait.

7          Who supervises Father Lee?  Father Adolfo Nicolas?

8          MR. MANLEY:  Father Adolf; right?

9          MS. POPPERL:  So you're asking are there other --

10          MR. MANLEY:  No.  I'm --

11          MS. POPPERL:  -- supervisors?

12          MR. MANLEY:  I'm asking what the nature of the

13  relationship is.

14  Q.    (By Mr. Manley)  Is it a business relationship?  How does

15  Father Adolf come to have some sort of authority over the

16  Oregon Province?

17  A.    It's a -- we're an order of Catholic priests.

18  Q.    So does Father Adolf have authority over all the Jesuits

19  all over the world; is that what you're telling me?

20  A.    Of a sort, yes.

21  Q.    Of a sort?  Well, what's -- does he appoint other priests

22  or other leadership positions in the Province?  Does Father

23  Adolf appoint other people in the Province besides Father Lee?

24  A.    I believe so.

25  Q.    Okay.  Who else does he appoint in the Province?

Fr. Tyrrell                                      by Mr. Manley

69 EXHIBIT  /
8  OF  11

1   A.    I believe there are -- he appoints me.

2   Q.    Okay.  And you're the treasurer; right?

3   A.    The treasurer.

4   Q.    Okay.

5   A.    He appoints superiors of Seattle University Jesuit

6   Community and Gonzaga University Jesuit Community.

7   Q.    Okay.

8   A.    And I believe he still appoints the novice master.

9   Q.    Okay.  And the novice master is somebody who works at the

10  Novitiate; right?

11  A.    (No audible response).

12  Q.    When did Father Adolf appoint you as treasurer of the

13  Province?

14  A.    It was sometime last spring, and I took over officially

15  the first of July.

16  Q.    Okay.  How long did your predecessor serve in that post,

17  Father?

18  A.    Father Adams was probably in that position three or four

19  years.

20  Q.    Okay.  It -- was your appointment concurrent with the

21  appointment of the new Provincial?

22  A.    No.

23  Q.    Okay.  Was it after or before?

24  A.    Before.

25  Q.    All right.  And did Father Adolf appoint Father Lee or his

Fr. Tyrrell                                      by Mr. Manley

1    predecessor?

2    A.    Yes.

3    Q.    Okay.  All right.  Now, in terms of the Jesuit's decision

4    -- the Province's decision -- to file bankruptcy, was there any

5    consultation done with Father Adolf or the other members that

6    work for Father Adolf in Rome?

7    A.    I believe there was a conversation.

8    Q.    Okay.  Did you have to get the permission -- Father, do

9    you know whether the Province had to get permission from Father

10   Adolf to file bankruptcy?

11   A.    My understanding is that they did not have to get

12   permission.

13   Q.    Was that because your assets listed on the schedules are

14   less than $5 million?

15   A.    No.

16   Q.    Okay.  And from where do you get -- where is your

17   understanding they did not have to ask permission?

18   A.    Pardon me?

19   Q.    Where did you hear, how did you come to understand, that

20   they did not need permission -- "they" being the Province --

21   did not need permission to file bankruptcy?

22   A.    I don't know.

23   Q.    Okay.  You're just not sure whether they did or not?

24   A.    No, I know that they did not, but I don't know --

25   Q.    Okay.  How do you know that?

Fr. Tyrrell                          EXHIBIT ___/___        by Mr. Manley

71  10   OF   11

1   A.   Because we did not.

2   Q.   Well, when you say there was conversations, what do you

3   mean, about filing bankruptcy, with Rome?

4   A.   My understanding is that there were conversations between

5   the Provincial and Father General.

6   Q.   About what?

7   A.   I don't know; I wasn't there.

8   Q.   Okay.  Does Father Bob Grimm work in Rome?

9   A.   Yes.

10  Q.   Now -- and is he a member of the Oregon Province?

11  A.   Yes.

12  Q.   And what does he do in Rome?

13  A.   He's the assistant treasurer of the Society of Jesus.

14  Q.   Okay.  He's a member of the Oregon Province, but he works

15  in Rome for Father Adolf --

16  A.   Yes.

17  Q.   -- as the treasurer?  Yes?

18  A.   Yes.

19  Q.   Okay.  And he's a former Provincial here, yes?

20  A.   Yes.

21  Q.   Okay.  Now, Madam Trustee brought up --

22       MR. MANLEY:  Am I calling you the right thing or --

23       MS. POPPERL:  You can just call me Ms. Popperl.

24       MR. MANLEY:  Ms. Popperl?

25       MS. POPPERL:  Yes.

Fr. Tyrrell                                    by Mr. Manley

72  EXHIBIT ____|____
        _|_|_ OF _|_|_

Alakanuk, Alaska.

July 16,1960.

Rev. Fr. Paul C.O'Connor,S.J.
P.C.
Dear Father O'Connor:-

You will recall that after the meeting we had at St.Marys last win-
ter, you had intended to write to Rome concerning the abuses of Fr.Poole and his
questionable handling of diverse matters. I wrote to you advising you not to do it,
because Fr. Poole had left in me the impression that he had heeded our comments
and was about to bring things back to normalcy. Am sorry I wrote that.

I have just returned from St.Marys where I gave the 8 day retreat to
the combined community of Ursuline and Native Sisters.

While I was at St.Marys I had a chance to see for myself and to con-
fer with those living there. It is my belief that Fr.Poole has embarked in a care-
fully studied plan whereby he, far from returning to normalcy as you and I unders-
tand it, is determined to make his policies stick and to win followers so in due
time a strange school of thought may be firmly stablished.

He is quoted as having said that he presented his case to the bishop,
to the Provincial, to Fr.Hargreaves and to the retreat master,Fr.Murphy, and that
all gave him the green light to go ahead. My answer is that he must have presented
his case couched in such terms that it was rather misrepresented. It is possible
that Fr.Hargreaves know a lot about it and yet he may either look the other way
avoiding noise or simply approve of it. As I grow older, I'm prepared for more in-
congruities.

This is the story.

No sooner did Fr.Poole land in St.M. as Superior than he made these
two statements: a) I am so discouraged at the great number of communions! It pains
me to give holy communion to these children. Their communions are all sacrilegious.
b) There is not one child in this school that ever made a good confession beginning
with their very first.

Mind you, there are children over 18 years old in school that have
been going to the Sacraments since they were, say, 7 or 8. Ifmeans that all the
Pastors who send their children to St.Marys are idiots, irresponsible morons, who
handle the Sacraments in total ignorance of what they are doing.

Therefore Fr.Poole set for himself two main tasks: 1) to stop all
sacrileges at the communion rail; and for this purposes he forbade the children to
go to communion except on some specified occasions after some specified rules
had been followed and, 2) to put every child thru a general confession beginning
from the first to bring sanctifying grace to that soul for the first time.

In his catechism class the accent was confession and confessions.
It became so distasteful that some big girls complained that they were tired of
the subject.

In the confessional proper he keeps big girls for half an hour or
more of questioning that leaves them in a state of terror as if a volcano had just
erupted before them. Convinced as he is that no child can keep from mortal sin
after so many hours, he has instituted the practice of having late Masses so he
can sit and hear the confessions of those that may be allowed to receive communion

EXHIBIT 2
1 OF 7

1.

Jesuits 2989

immediately after confession. People are kept waiting for the Mass to start because he is hearing confessions. Then, I am told, not all that go to confession go to communion, either.

As things stand now, daily communions are killed. Including Sundays, one counts with the fingers of the hands the children that go to communion. Easter Sunday and Holy Thursday were no exceptions. The bulk of the students, I am told, did not go to communion on Easter Sunday.

There is hanging all over the place and atmosphere of suspicion, sex offenses, bad confessions, bad communions, strange fears.... With the result that children abstain from communion as if it were poison; and if they are asked about it, they stiffen and shut up like clams. How irreparable the damage is, time will tell.

Then comes the question of soul searching.

He gets a big girl in his room -(he says that the girl comes herself)- and keeps her by the hour sitting stiff near his desk regardless of the time of the day or evening. It may be during class hours. It may be very late at night. I was told that on one occasion he kept a big girl so late at night that when she went back to the Sisters' building to sleep, the doors were already locked and the whole community was in bed; so a door was removed from its hinges to "smuggle" the girl back.

This is his strategy: he will not stop until the girl "breaks". One Sister, Mother John Francis, probably out of curiosity, took the treatment, and after ten hours of solitary-solus cum sola- in four different intervals she finally capitulated and then and there she became his ardent supporter and proselytizer for his system.

This nun goes to confession to him every day during meditation or whenever she can and stays in the confessional anywhere between 12 and 30 minutes to the shock of the rest of the nuns who look at her as a veritable pain in the neck. It is their belief that she it is that passes on to him whatever goes on on the Sisters' side, thus creating an air of mistrust and bitterness.

Girls that took the treatment aver that they were "forced" to admit what they had never done. As the Father kept on asking: "Are you sure? Think again. Take your time. Think again. Surely you did it, didn't you? Tell the truth!..etc. after hours of this, the girl, half panickied, said YES knowing that it was not true. That is called "break". After that the girl goes about in a daze. Angela Joseph, of Akulurak, in a moment of fear wanted to quit the Church.

On the other hand there are girls who love the treatment. It is all on sex, as a rule. There are girls that love to be told all about sex, to walk all over the field of sex, to talk about sex, to hear about sex, alone with a young priest in the solitude of a room.

Some people have come to the conclusion that Fr. Poole has a fixation on sex; an obsession; some sort of mental aberration that makes him see sex everywhere. Some think that may be he is projecting outwardly what is eating him inwardly.

Having that mentality, one would think that he -of all people- should take precautions against sex. Yet he is deliberately placing himself at all times in dangerous situations.

He went to St. Marys to liberate the girls from the grip the nuns had on the girls. He went to the dormitory and arranged the beds of the girls according to

EXHIBIT 2
2 OF 7
2.
Jesuits 2990

OFFICE OF THE PROVINCIAL
615 N.W. 20TH AVENUE
PORTLAND 9, OREGON

August 1, 1960

The Reverend Henry Hargreaves, S.J.
Catholic Church
Bethel, Alaska

Dear Father Hargreaves:

P.C.

A letter has come to my attention with
disturbing news about the situation at St. Mary's. You can probably guess
the source as well as the contents, but since the writer will probably send
his complaints to Rome, I felt I should mention them, even though they will
not be new to you.

The writer complains that Father Poole is damaging the whole religious
program at St. Mary's with his innovations for which he says he has received
approval from the Bishop, the Provincial, and the Superior; that by his
exaggerated fear of sacrilegious communions he has disrupted the orderly
training of the students in the sacramental life; that he has made confession
odious, has greatly diminished the frequenting of Holy Communion, and has
exasperated the Sisters to the point where they may withdraw from the school;
that he has put an exaggerated emphasis on sins of sex, acted imprudently in
questioning especially girl students, and relaxed discipline and good order
even to the point that the students are seriously deficient in reverence and
attention during chapel services.

So the description goes. Most likely Father General will want some
sort of report, and I must admit that this very delicate situation will be
hard to report on without the possibility of distortion and inaccuracy. At
the time of the February meeting, I neither approved nor disapproved of
Father Poole's program because a) it was not in my jurisdiction and b) I was
not sure of the facts. But I am very uneasy about the situation and I feel
there is danger in applying the latest pastoral techniques designed for
sophisticated adolescents to simple natives. Moreover, the counseling of
girls in these matters clamors for the safety of the sacramental seal. And
if Father Poole's program is resulting in a diminution of sacramental life
as well as in a relaxing of discipline, a loss of delicacy in matters of sex,
and in an exaggerated preoccupation with sins of impurity, then there is
reason for alarm.

I would appreciate anything you can tell me about this matter, so
that I will be able to answer questions that almost certainly will come
from Rome.

Sincerely yours in Christ,

*Alexander F. McDonald, S.J.*

Alexander F. McDonald, S.J.
Provincial of the Oregon Province

EXHIBIT 2
3 OF 7

3.

Jesuits 3884



CURIA PRÆPOSITI GENERALIS

SOCIETATIS IESU

ROMA - Borgo S. Spirito, 5

Alask. 60/3                                          die 25 augusti 1960

Reverende in Xto Pater,
P. Xti

Quamvis ad RVam litteras nuper scripsissem, normas referens sequendas a Patre Poole in agendo cum puellis, iterum tamen aliam recepi epistolam, quae me certiorem fecit Patrem Poole eas nullo modo esse secutas sed etiam aliquas alias graves perpetravisse, quae facile, ni fallor, damnum irreperabile in bonam famam nostrae Societatis bonosque labores Nostrorum afferre possunt. Dicitur quod P. Poole puellas non tantum in confessionali sed etiam in suo proprio officio per horam vel semi-horam retinet easque interrogans plus quam decet de peccatis contra sextum; colloquium cum nonnullis habens etiam ad multam noctem; permittens etiam ut puellae ad nostrum sacellum domesticum adeant (non dicam durante recitatione Litaniarum) et denique dormitorium puellarum visitavit causa lectulos instruendi, Sororibus incognitis; sibi etiam abrogans aliquam iurisdictionem in actiones puellarum ita ut Religiosae, disciplina inter puellas nimis laxa facta ob influxum Patris Poole, iam nunc serie deliberent de Missioni valedicendo. Cum plus quam unus e Nostris haec narrent, qui magna experientia in ista regione sunt praediti, non est dubitandum quin haec me habeant anxium. Si relata sunt vera, tunc res gravior est quam prius videbatur ex nuntiis transmissis. Velit RVa proinde hanc rem penitus indagare et Romam mittere fructus huius investigationis. Si ea vera sunt, quam primum ille Pater graviter moneatur de imprudentiis peractis et efficacia applicentur media ad praecavendum omne scandalum.

Gratias RVae agens ob informationem transmittendam et RVae paterne benedicens, commendo me ss. SS.

Rae Vae
Servus in Xto,

Joannes L. Swain S.J.
Vic. Gen.

R.P. Henrico C. Hargreaves
Sup. Reg. Miss. Alaskae Bor.
Bethel

4.

Jesuits 579

[Jesuit Logo]
CURIA PRAEPOSITI GENERALIS
SOCIETATIS IESU
ROMA – BORGO S. SPIRITO, '5

Alask. 60/3                                                     25 August, 1960

### Rev. Father in Christ [and]
### of the Father of Christ

Although I recently wrote letters to the R.V. pertaining to the rules of conduct that must be followed by Father Poole in dealing with girls, nevertheless again I have received another letter which has made it clear to me that Father Poole has in no way followed them but rather has perpetrated further serious conduct which can easily, unless I am mistaken, bring irreparable damage to the good reputation of our Society and Our good works. It is said that Father Poole keeps girls for an hour or half-hour not only in confessional but also in his own office, questioning them beyond what is appropriate about sins, after the hour of six o'clock; that he holds conversation with some of them even into late night; also that he permits girls to go into our domestic chapel (that is, not during the recitation of the Litanies)[1]; and finally, that he has visited the girls' dormitory in order to arrange their beds, without the Sisters' knowledge; he even abrogates some of the Sisters' responsibility to himself, with the result that many of the Religious [Sisters] are even now seriously considering leaving the mission, since discipline among the girls has become excessively lax through Father Poole's influence. When more that one of Us [the Jesuits], who are expert through long experience in that particular region, is recounting these things, there can be no doubt that they are a cause of concern for me. If what has been related is true, then the matter is more serious than it first appeared from the reports that have been conferred. The R.V. therefore ought to investigate this matter thoroughly and send to Rome the

---

[1] Which would be normal and appropriate - JFE



5.

results of the investigation. If these reports are true, the Father in question ought to be admonished as quickly as possible concerning the imprudent acts he has committed and effective means ought to be applied as a precaution against any scandal.

Giving thanks to the R.V. for sending the information and praying, paternally, for the R.V., I commendmyself to your Holiness.

Servant in Christ
of the R.V.
[signature of John L. Swain, S.J. (= Soc. of Jesus)]
Vic. Gen. [Vicar General]

B.P. Henrico O Hargreaves

Sup. Reg. Miss. Alaskae Bor.

Bethel

EXHIBIT 2
6 OF 7

6.

Sept. 3, 1960
Bethel, Alaska

Very Rev. John B. Janssens, S.J.
Borgo S.Spirito 5,
Rome, Italy

Very Rev. and Dear Father General:

In reply to your letter of August 25, re the situation
at St.Mary's Mission, Alaska:

I had heard most of the complaints as included in your
letter, and it was as a result of them, and observations
made by others, that I drew up some rulings for Father
Poole. These rulings--copy enclosed--were sent him only
about a month ago. School was still out on vacation, and
there has been no opportunity for their exercise. It is
only now that the children are returning to St. Mary's
from their three months' vacation.

The letter sent to you by an admonitor, or other, lists
conditions of the last school year, and I expect that
they will be corrected in the coming year--school year.

The chapel in question, to which girls made visits, is
a chapel out of cloister, and had been for use of public.
However, Fr. Poole is not allowing them to go there now
due to my letter.

Fr. Poole, acting as a student counsellor, had invited any
boys or girls who wished, to seek advice, or clear up any
problems due to previous bad confessions, to come to see
him. Your admonition concerning examination of conscience
has been passed on to Fr. Poole. May I add that Fr. Poole
expressed himself most ready to follow every order given
him by the Society, and will put into effect what I include
in enclosed Memorials. Whatever you would add or change
will be promptly referred to him for action.

No doubt there has been some imprudence on the part of Fr.
Poole, but the criticism has also been exaggerated to a
certain extent by the nuns, and by some of ours who received
all their impressions from just what the nuns had to say
without hearing Fr. Poole's side of the question. But I will
keep in touch with the situation as school begins again, and
notify you in event anything unusual arises.

Henry Hargreaves, S.J.
Vicariate of Alaska, Miss. Sup.

Jesuits 580

7.