**Bruce L. Campbell, P.C., OSB No. 925377**
bruce.campbell@millernash.com
**Teresa H. Pearson, P.C., OSB No. 953750**
teresa.pearson@millernash.com
**Kieran J. Curley**, OSB No. 012414
kieran.curley@millernash.com
Miller Nash LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204-3699
Telephone:  (503) 224-5858
Fax:  (503) 224-0155

Attorneys for Defendant
The Society of Jesus, Father General Adolfo
Nicolas, SJ and His Predecessors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 09-30893-elp11 |
| SOCIETY OF JESUS, OREGON PROVINCE, | Chapter 11 |
| Debtor | Adversary Proceeding No. 09-03318-elp |

| | |
|---|---|
| JAMES DOE 59 through 94; JANET DOE 4 through 7; and JEAN DOE 3 through 6, | |
| Plaintiffs, | DEFENDANT THE SOCIETY OF JESUS, FATHER GENERAL ADOLFO NICOLAS, SJ AND HIS PREDECESSORS' MEMORANDUM RE EFFECT OF FOREIGN SOVEREIGN IMMUNITIES ACT APPEAL |
| v. | |
| SOCIETY OF JESUS, OREGON PROVINCE; THE SOCIETY OF JESUS, ALASKA; THE SOCIETY OF JESUS, FATHER GENERAL ADOLFO NICOLAS, SJ AND HIS PREDECESSORS; THE PIONEER EDUCATIONAL SOCIETY; FATHER STEPHEN SUNDBORG, S.J.; ANTON SMARIO; FATHER HENRY G. HARGREAVES; and DOES 1 THROUGH 100, inclusive, | |
| Defendants. | |

Page 1 -    Defendant The Society of Jesus, Father General Adolfo Nicolas, SJ and His
            Predecessors' Memorandum Re Effect of Foreign Sovereign Immunities Act Appeal

PDXDOCS:1888171.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

## INTRODUCTION

At the status conference on April 13, 2010, the Court directed the parties to brief the question whether an appeal from the denial of a motion to dismiss based on the Foreign Sovereign Immunities Act ("FSIA") would preclude further litigation in this Court pending appeal.

An order denying a motion to dismiss based on foreign sovereign immunity is immediately appealable under the collateral order doctrine.  Upon the filing of a notice of appeal from an order denying foreign sovereign immunity, jurisdiction over the matter shifts from the district court to the court of appeals.  The district court is divested of jurisdiction during the pendency of the appeal, and the claims against the party claiming foreign sovereign immunity cannot proceed.

This Court's ruling on the SJ General Curia's motion to dismiss on foreign sovereign immunity grounds will result in the termination of proceedings against the SJ General Curia (if granted) or in the suspension of proceedings against the SJ General Curia (if denied).  Consequently, there is no reason to include other legal or factual issues in the briefing.  Adding more issues would only complicate the briefing and would require the parties to incur unnecessary expense.  For these reasons, the SJ General Curia requests that the Court order that the scheduled briefing on the applicability of the FSIA be confined to that issue.

## ARGUMENT

### I.    A Notice of Appeal Divests a District Court of Jurisdiction.

The United States Supreme Court has recognized that the filing of a notice of appeal transfers jurisdiction from the district court to the court of appeals:

> "[A] federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case simultaneously.  The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control of those aspects of the case involved in the appeal."

*Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58, 103 S.Ct. 400, 74 L.Ed.2d 225

Page 2 -    Defendant The Society of Jesus, Father General Adolfo Nicolas, SJ and His
Predecessors' Memorandum Re Effect of Foreign Sovereign Immunities Act Appeal

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

(1982).

Following *Griggs*, the Ninth Circuit has consistently held that an appeal from a final judgment divests a district court of jurisdiction, subject to a few specified exceptions, such as considering requests for attorney fees. *See, e.g., McClatchy Newspapers v. Central Valley Typographical Union No. 46*, 686 F.2d 731, 734 (9th Cir. 1982) ("When a judgment is appealed, jurisdiction over the case passes to the appellate court. The filing of a notice of appeal generally divests the district court of jurisdiction over the matters appealed."); *Masalosalo by Masalosalo v. Stonewall Ins. Co.*, 718 F.2d 955, 956 (9th Cir. 1983) ("The effective filing of a notice of appeal transfers jurisdiction from the district court to the court of appeals with respect to all matters involved in the appeal."); *Trulis v. Barton*, 107 F.3d 685, 694-95 (9th Cir. 1995) (citing *Griggs* for proposition that filing of notice of appeal divests district court of jurisdiction).

## II.    An Appeal From the Denial of Foreign Sovereign Immunity Divests a District Court of Jurisdiction.

Immunity under the FSIA is not only immunity from liability, but immunity from suit. *Compania Mexicana de Aviacion v. United States Dist. Court*, 859 F.2d 1354, 1358-59 (9th Cir. 1988). *See Will v Hallock*, 546 U.S. 345, 353, 126 S.Ct. 952, 163 L.Ed.2d 836 (2006) ("[P]ermitting a trial to go forward against a foreign sovereign when there is a claim of sovereign immunity 'imperil[s] a substantial public interest.'").

Because the FSIA grants immunity from suit and deprives the court of subject matter jurisdiction, a claim of immunity under the FSIA must be resolved at the outset of the litigation:

> "The district court held that it currently had subject matter jurisdiction, but stated that it might revisit the issue later in the trial based on further discovery. Subject matter jurisdiction under the FSIA, however must be decided before the suit can proceed. *Security Pac. Nat'l Bank v. Derderian*, 872 F.2d 281, 283-84 (9th Cir. 1989). Immunity under the FSIA is not only immunity from liability but immunity from suit. *Compania Mexicana de Aviacion v. United States Dist. Court*, 859 F.2d 1354, 1358 (9th Cir. 1988). The district court improvidently postponed its final determination of subject matter jurisdiction."

*Phaneuf v. Republic of Indonesia*, 106 F.3d 302, 305 (9th Cir. 1997).

Page 3 -    Defendant The Society of Jesus, Father General Adolfo Nicolas, SJ and His Predecessors' Memorandum Re Effect of Foreign Sovereign Immunities Act Appeal

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

For the same reasons, "[a] district court's denial of immunity to a foreign sovereign is an appealable order under the collateral order doctrine." *Doe v. Holy See*, 557 F.3d 1066, 1074 (9th Cir. 2009). *See also In re Republic of Philippines*, 309 F.3d 1143, 1148 (9th Cir. 2002) ("Because denial of a motion to dismiss on grounds of foreign sovereign immunity may result in the parties having to litigate claims over which the court lacks jurisdiction, we permit an interlocutory appeal from the denial of a motion to dismiss on foreign sovereign immunity grounds.").

Just as an appeal from a final judgment divests a district court of jurisdiction, an appeal from an order denying dismissal on foreign sovereign immunity grounds divests a district court of jurisdiction to proceed against the party asserting foreign sovereign immunity. For example, in *Princz v. Federal Republic of Germany*, 998 F.2d 1 (D.C. Cir. 1993), an American citizen brought an action against the German government seeking Holocaust reparations. After the district court denied the German government's claim of foreign sovereign immunity, the government appealed and filed an emergency motion to stay all proceedings in the district court. The court of appeals denied the motion as unnecessary because the appeal divested the district court of jurisdiction:

> "[A]ppellant's emergency motion for stay of all proceedings in the district court [is] denied as unnecessary. Because an appeal properly pursued from the district court's order divests the district court of control over those aspects of the case on appeal, *see Griggs*, [459 U.S. at 58] ('The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.'); *Apostol v. Gallion*, 870 F.2d 1335 (7th Cir. 1989) (appeal from denial of claims of qualified immunity divested district court of jurisdiction), exclusive jurisdiction to resolve the threshold issue this case presents vests in this court, and the district court may not proceed to trial until the appeal is resolved."

*Princz*, 998 F.2d at 1. *Cf. United States v. Powell*, 24 F.3d 28, 31 (9th Cir.), *cert. denied*, 513 U.S. 1006 (1994) ("The divestiture rule is clearly applicable in a case where the defendant claims a right not to be tried at all. . . . '[the] right not to be tried . . . must be upheld prior to trial if it is to be enjoyed at all.'")

Page 4 -    Defendant The Society of Jesus, Father General Adolfo Nicolas, SJ and His Predecessors' Memorandum Re Effect of Foreign Sovereign Immunities Act Appeal

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

The courts have recognized that requiring a defendant who claims immunity to litigate in the district court during the pendency of appeal would effectively abrogate the claimed immunity.  As the Tenth Circuit explained:

> "In contrast to some interlocutory appeals under 28 U.S.C. § 1292(b) that challenge discrete orders that can be carved out and isolated from the remainder of the case, a motion to dismiss the *entire* proceeding based on a defense of . . . qualified immunity cannot be so isolated.  If the defense is valid, then no part of the action should proceed against the defendant.  In that regard, an interlocutory appeal from an order refusing to dismiss on . . . qualified immunity grounds relates to the entire action and, therefore, it divests the district court of jurisdiction to proceed with any part of the action against an appealing defendant."

*Stewart v. Donges*, 915 F.2d 572, 576 (10th Cir. 1990).  *See also Goshtabsy v. Board of Trustees of Univ. of Ill.*, 123 F.3d 427, 428 (7th Cir. 1997) ("[I]f the defendant is correct that it has immunity, its right to be free of litigation is compromised, and lost to a degree, if the district court proceeds while the appeal is pending."); *May v. Sheahan*, 226 F.3d 876, 880 (7th Cir. 2000) (because immunity "protects a public official from burdensome pretrial proceedings, including, most notably, discovery[,]" there "can be no doubt" that an appeal from the denial of immunity "divests a district court of the authority to order discovery or conduct other burdensome pretrial proceedings.").

Consistent with these authorities, the district court in *Doe v. Holy See*, 557 F.3d 1066, halted all proceedings against the Holy See while the Holy See's appeal from the district court's denial of foreign sovereign immunity was pending before the Ninth Circuit.  As shown by the district court's docket sheet, the district judge required only that the parties submit periodic status reports during the nearly three-year period that the FSIA issue was on appeal.  *See Doe v. Holy See*, Case No. 3:02-cv-00430-MO, Civil Docket (Exhibit 1 to this memorandum).

## III.    The Court Should Confine the Briefing to the FSIA Question.

On May 13, 2010, the SJ General Curia will file a motion to dismiss plaintiffs' claims on the ground that the SJ General Curia—as an arm of Holy See—is immune from suit under the FSIA.  *See* 28 U.S.C. §§ 1603(a), 1604 (foreign states, and their political subdivisions,

Page 5 -    Defendant The Society of Jesus, Father General Adolfo Nicolas, SJ and His Predecessors' Memorandum Re Effect of Foreign Sovereign Immunities Act Appeal

PDXDOCS:1888171.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

agencies, and instrumentalities are immune from the jurisdiction of the courts of the United States). *See Alperin v. Vatican Bank*, 2009 WL 5196077, at *2 (9th Cir. Dec. 29, 2009) (Vatican Bank is immune from suit as an agency or instrumentality of the Holy See).

If the Court agrees with the SJ General Curia, plaintiffs' claims against the SJ General Curia will be dismissed, subject to plaintiffs' right to appeal.  If, on the other hand, the Court disagrees with the SJ General Curia, the SJ General Curia will immediately appeal the Court's ruling under the collateral order doctrine.  In either case, no further proceedings against the SJ General can properly take place in this Court.

Because the Court's ruling on the foreign sovereign immunity issue will result in the suspension or termination of proceedings in this Court against the SJ General Curia, there is no need to inject additional legal and factual issues into the SJ General Curia's motion to dismiss on foreign sovereign immunity grounds.  Adding personal jurisdiction and waiver issues would serve only to complicate the briefing, create unnecessary expense for the parties, and waste judicial resources.  Also, because this Court's or the Ninth Circuit's determination regarding the SJ General Curia's entitlement to foreign sovereign immunity will affect the personal jurisdiction and waiver questions, it would be premature to address those issues at this stage of the proceedings.

## CONCLUSION

For the reasons set forth above, the SJ General Curia respectfully requests that the Court order that the briefing scheduled by the Court regarding the SJ General Curia's entitlement to foreign sovereign immunity be confined to the question whether the SJ General Curia is immune under the FSIA.

Page 6 -    Defendant The Society of Jesus, Father General Adolfo Nicolas, SJ and His
            Predecessors' Memorandum Re Effect of Foreign Sovereign Immunities Act Appeal

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

DATED this 16th day of April, 2010.

MILLER NASH LLP

/s/ Teresa H. Pearson
Bruce L. Campbell, P.C., OSB No. 925377
bruce.campbell@millernash.com
Teresa H. Pearson, P.C., OSB No. 953750
teresa.pearson@millernash.com
Kieran J. Curley, OSB No. 012414
kieran.curley@millernash.com
Michelle E. Barton, OSB No. 045530
michelle.barton@millernash.com
Telephone: (503) 224-5858
Fax: (503) 224-0155

Attorneys for Defendant
The Society of Jesus, Father General Adolfo
Nicolas, SJ and His Predecessors

Page 7 -    Defendant The Society of Jesus, Father General Adolfo Nicolas, SJ and His
            Predecessors' Memorandum Re Effect of Foreign Sovereign Immunities Act Appeal

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

**U.S. District Court**
**District of Oregon (Portland)**
**CIVIL DOCKET FOR CASE #: 3:02-cv-00430-MO**

Doe v. Holy See et al

Assigned to: Judge Michael W. Mosman

Case in other court:  9th Circuit, 06-35563

                     9th Circuit, 06-35587

Cause: 28:1332 Diversity-Personal Injury

Date Filed: 04/03/2002

Jury Demand: Plaintiff

Nature of Suit: 360 P.I.: Other

Jurisdiction: Diversity

**<u>Plaintiff</u>**

**John V Doe**         represented by  **Kevin K. Strever**

Barton & Strever, PC

214 SW Coast Highway

PO Box 870

Newport , OR 97365

(541) 265-5377

Fax: (541) 265-5614

Email: attorneys@bartonstrever.com

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Marci Hamilton**

Marci A. Hamilton, Esq.

36 Timber Knoll Drive

Washington Crossing , PA 18977

215-353-8984

Fax: 215-493-1094

Email: hamilton02@aol.com

*LEAD ATTORNEY*

*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Michael G. Finnegan**

Jeff Anderson & Associates, P.A.

366 Jackson Street, Suite 100

St. Paul , MN 55101

651-227-9990

Fax: 651-297-6543

Email: mike@andersonadvocates.com

*LEAD ATTORNEY*

*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**William A. Barton**

Barton & Strever PC

EXHIBIT _1_

PAGE _1_ OF _24_

214 SW Coast Highway
P.O. Box 870
Newport , OR 97365
(541) 265-5377
Fax: (541) 265-5614
Email: attorneys@bartonstrever.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey R. Anderson**
Jeff Anderson & Associates
366 Jackson Street, Suite 100
St. Paul , MN 55101
(651) 227-9990
Fax: (651) 297-6453
Email: jeff@andersonadvocates.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Holy See**
*State of the Vatican City, Its*
*Instrumentalities and/or Agents Does 1-*
*10*

represented by **Alexis Haller**
Law of Office of Alexis Haller
1079 Euclid Avenue
Berkeley , CA 94708
510-898-1210
Email: ahaller@ahlawoffice.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine Coers-Mitchell**
Cosgrave Vergeer Kester, LLP
805 SW Broadway
8th Floor
Portland , OR 97205
(503) 323-9000
Fax: (503) 323-9019
Email: ccoersmitchell@cvk-law.com
*TERMINATED: 05/16/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Lena**
Law Office of Jeffrey S. Lena
1152 Keith Avenue
Berkeley , CA 94708-1607
(510) 665-1713
Fax: (510) 588-5555
Email: jlena@sbcglobal.net

EXHIBIT 1
PAGE 2 OF 24

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M. Christ**
Cosgrave Vergeer Kester, LLP
805 SW Broadway
8th Floor
Portland , OR 97205
(503) 323-9000
Fax: (503) 323-9019
Email: tchrist@cvk-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy M. Margolis**
Cosgrave Vergeer Kester, LLP
805 SW Broadway
8th Floor
Portland , OR 97205
(503)323-9000
Fax: (503) 323-9019
Email: margolis@cvk-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Archdiocese of Portland In Oregon**
*an Oregon corporation*
*TERMINATED: 06/15/2005*

represented by **Mario J. Madden**
Schwabe Williamson & Wyatt, PC
(Seattle)
US Bank Centre
1420 Fifth Avenue
Suite 3010
Seattle , WA 98101-2393
206 622-1711 x1214
Fax: 206 292-0460
Email: mmadden@schwabe.com
*TERMINATED: 08/28/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas V. Dulcich**
Schwabe Williamson & Wyatt, PC
1600-1900 Pacwest Center
1211 SW Fifth Avenue
Portland , OR 97204
(503) 796-2970
Fax: (503) 796-2900
Email: tdulcich@schwabe.com
*TERMINATED: 06/14/2005*
*LEAD ATTORNEY*

EXHIBIT 1
PAGE 3 OF 24

**Defendant**
**Roman Catholic Archbishop Of**
**Portland In Oregon**
*and successors, a corporation sole*
*TERMINATED: 09/21/2004*
*doing business as*
Archdiocese of Portland In Oregon
*TERMINATED: 09/21/2004*

represented by **Mario J. Madden**
(See above for address)
*TERMINATED: 08/28/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas V. Dulcich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Catholic Bishop of Chicago**
*a corporation sole*
*TERMINATED: 07/15/2004*

**Defendant**
**Order of the Friar Servants of Mary**
*doing business as*
Order Of The Friar Servants Of Mary,
U.S.A., Province, Inc.
*doing business as*
Order of the Friar Servants of Mary
USA Province Inc

represented by **David A. Ernst**
Bullivant Houser Bailey, PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland , OR 97204
(503) 499-4634
Fax: (503) 295-0915
Email: dave.ernst@bullivant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James C. Geoly**
Burke Warren MacKay & Serritella PC
330 North Wabash Avenue
22nd Floor - IBM Plaza
Chicago , IL 60611-3607
(312)840-7080
Fax: (312)840-7900
Email: jgeoly@burkelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen F. English**
Bullivant Houser Bailey, PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland , OR 97204
(503) 499-4411
Fax: (503) 295-0915
Email: steve.english@bullivant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

EXHIBIT 11
PAGE 4 OF 24

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2002 | 1 | Complaint *Personal Injury* Filing Fee collected. Receipt #: 443308 issued. Filed by John V Doe against Archdiocese Of Portland In Oregon, Catholic Bishop of Chicago, Holy See, Order of the Friar Servants of Mary, Roman Catholic Archbishop Of Portland In Oregon. (ljb, ) (Entered: 04/05/2002) |
| 04/03/2002 | 2 | Discovery and Pretrial Scheduling Order and Notice of Case Assignment: Case assigned to the Honorable Anna J. Brown. Discovery to be completed by 8/2/2002. Joint Alternate Dispute Resolution Report due by 9/3/2002. Pretrial Order due by 9/3/2002. (ljb, ) (Entered: 04/05/2002) |
| 04/03/2002 | 3 | Motion *for Letters Rogatory*. Filed by John V Doe. (ljb, ) (Entered: 04/05/2002) |
| 04/03/2002 | 4 | Memorandum in Support *of Motion for Letters Rogatory*. Filed by John V Doe. (Related document(s) 3 ) (ljb, ) (Entered: 04/05/2002) |
| 04/03/2002 | 5 | Affidavit of *Jeffrey R. Anderson*. Filed by John V Doe. (Related document(s) 3 ) (ljb, ) (Entered: 04/05/2002) |
| 04/04/2002 | 6 | Order Granting Application for Special Admission Pro Hac Vice of Jeffrey R Anderson for John V Doe. Receipt number 443309 Signed 4/4/02 by Judge Anna J. Brown. (ljb, ) (Entered: 04/08/2002) |
| 04/08/2002 | 7 | **ORDER:**Order Granting Plaintiffs's Motion for Letters Rogatory (Related Doc # 3 ) Signed on 4/8/02 by Judge Robert E. Jones. (ljb, ) (Entered: 04/09/2002) |
| 04/08/2002 | | Letters Rogatory sent to Plaintiff's counsel. (ljb, ) (Entered: 04/09/2002) |
| 04/17/2002 | 8 | Notice of Case Reassignment : Case reassigned from Anna J. Brown to John Jelderks. (ljb, ) (Entered: 04/17/2002) |
| 06/05/2002 | 9 | Return of Service Executed upon Archdiocese of Portland on 5/30/02. Filed by John V Doe. (mja, ) (Entered: 06/05/2002) |
| 06/05/2002 | 10 | Return of Service Executed upon The Roman Catholic Archbishop of Portland on 5/30/02. Filed by John V Doe. (mja, ) (Entered: 06/05/2002) |
| 06/18/2002 | 11 | Unopposed Motion for Extension of Time *To File First Appearance*. Filed by The Archdiocese Of Portland In Oregon. (tomg, ) (Entered: 06/21/2002) |
| 06/19/2002 | 12 | **CIVIL MINUTES:**Record of Order by Judge John Jelderks: Granting Archdiocese Defendants' Unopposed Motion for Extension of Time to File First Appearance (Answer) (Related Doc # 11 ) as follows: Answer deadline reset to 7/20/02 for Defendants Archdiocese of Portland in Oregon and the Roman Catholic Archbishop of Portland in Oregon. (gm) (Entered: 06/25/2002) |
| 07/19/2002 | 13 | Stipulated Motion for Extension of Time *To File First Appearance*. Filed by The Archdiocese Of Portland In Oregon. (tomg, ) (Entered: 07/22/2002) |

EXHIBIT 1
PAGE 5 OF 24



| 07/22/2002 | 14 | **CIVIL MINUTES:** Record of Order by Judge John Jelderks: Granting the Archdiocese Defendants' Stipulated Motion for Extension of Time to File First Appearance (Answer) (Related Doc # 13 ) as follows: Answer deadline reset to 9/18/02 for Defendants Archdiocese of Portland in Oregon and The Roman Catholic Archbishop of Portland in Oregon. (gm) (Entered: 07/24/2002) |
|---|---|---|
| 07/29/2002 | 15 | Motion for Extension of Time *For Service Upon Defendant Holy See (State Of The Vatican City)*. Filed by John V Doe. (tomg, ) (Entered: 07/29/2002) |
| 07/29/2002 | 16 | Memorandum in Support *Of Motion To Extend Time For Service Upon Defendant Holy See (State Of The Vatican City)*. Filed by John V Doe. (Related document(s) 15 ) (tomg, ) (Entered: 07/29/2002) |
| 07/29/2002 | 17 | Second Affidavit of *Jeffrey R. Anderson*. Filed by John V Doe. (tomg, ) (Entered: 07/29/2002) |
| 07/30/2002 | 18 | **ORDER:** Granting Plaintiff's Motion for Extension of Time (of 180 days from the date of this Order) to Effectuate Service Upon Foreign Defendant Holy See (Related Doc # 15 ). Signed on 7/30/02 by Judge John Jelderks. (gm) (Entered: 07/30/2002) |
| 08/05/2002 | 19 | Return of Service Executed upon The Order Of The Friar Servants Of Mary on 7/29/02. Filed by John V Doe. (tomg, ) (Entered: 08/15/2002) |
| 08/05/2002 | 20 | Unopposed Motion for Extension of Time *To Enter First Appearance*. Filed by Order of the Friar Servants of Mary. (tomg, ) (Entered: 08/15/2002) |
| 08/05/2002 | 21 | Affidavit of *David A. Ernst In Support Of Unopposed Motion To Extend Time To Enter First Appearance*. Filed by Order of the Friar Servants of Mary. (Related document(s) 20 ) (tomg, ) (Entered: 08/15/2002) |
| 08/05/2002 | 22 | **CIVIL MINUTES:** Record of Order by Judge John Jelderks: Granting Defendant (The) Order of the Friar Servants of Mary's Unopposed Motion to Extend Time for Defendant to Enter First Appearance (Answer) (Related Doc # 20 ) as follows: Answer deadline reset to 9/18/02 for Defendant (The) Order of the Friar Servants of Mary. (gm) (Entered: 08/15/2002) |
| 08/19/2002 | 23 | Return of Service Executed upon The Catholic Bishop Of Chicago on 8/1/02. Filed by John V Doe. (tomg, ) (Entered: 08/20/2002) |
| 09/09/2002 | 24 | Unopposed Motion for Extension of Discovery & PTO Deadlines. Filed by all plaintiffs. (ljl, ) (Entered: 09/11/2002) |
| 09/09/2002 | 25 | Affidavit of *Kevin K. Strever in Support of Plaintiff's Unopposed Motion to Extend Court Deadlines*. Filed by all plaintiffs. (Related document(s) 24 ) (ljl, ) (Entered: 09/11/2002) |
| 09/10/2002 | 26 | **CIVIL MINUTES:** Record of Order by Judge John Jelderks: Granting Plaintiff's Unopposed Motion to Extend Court Deadlines (Related Doc # 24 ) as follows and as modified: Discovery to be completed by 2/3/2003. Pretrial Order due by 3/3/2003. Dispositive Motions due by 2/3/2003. Exchange of Expert Witness Statements completed by 3/3/2003. Joint Alternate Dispute Resolution Report due by 3/3/2003. (gm) (Entered: 09/11/2002) |
|  |  |  |

EXHIBIT 1
PAGE 6 OF 24



| 09/16/2002 | 27 | Order Granting Defendant's Application for Special Admission Pro Hac Vice of Attorney James C. Geoly for Defendant Order of the Friar Servants of Mary. Receipt #446120. Signed 9/13/02 by Judge John Jelderks. (gm) (Entered: 09/16/2002) |
|---|---|---|
| 09/19/2002 | 28 | Unopposed Motion for Extension of Time *To Enter First Appearance*. Filed by Order of the Friar Servants of Mary. (tomg, ) (Entered: 09/23/2002) |
| 09/19/2002 | 29 | Affidavit of *David A. Ernst In Support Of Unopposed Motion*. Filed by Order of the Friar Servants of Mary. (Related document(s) 28 ) (tomg, ) (Entered: 09/23/2002) |
| 09/19/2002 | 30 | **CIVIL MINUTES:**Record of Order by Judge John Jelderks: Granting Defendant The Order of the Friar Servants of Mary's *Second* Unopposed Motion to Extend Time for Defendant to Enter First Appearance (Related Doc # 28 ) as follows: Answer deadline reset to 10/18/02 for Defendant The Order of the Friar Servants of Mary. (gm) (Entered: 09/24/2002) |
| 10/18/2002 | 31 | Affidavit of *Scott Brooksby in Support of Unopposed Motion to Extend Time for Defendant To Enter First Appearance Pursuant to FRCP 6(b)*. Filed by Order of the Friar Servants of Mary. (Related document(s) 28 ) (mja, ) (Entered: 10/21/2002) |
| 10/18/2002 | 32 | Unopposed Motion for Extension of Time *For Defendant The Order Of The Friar Servants Of Mary To Enter First Appearance*. Filed by Order of the Friar Servants of Mary. (tomg, ) (Entered: 10/21/2002) |
| 10/18/2002 | 33 | **CIVIL MINUTES:**Record of Order by Judge John Jelderks: Granting Defendant The Order of the Friar Servants of Mary's *Third* Unopposed Motion to Extend Time for Defendant to Enter First Appearance (Answer) (Related Doc # 32 ) as follows: Answer deadline reset to 11/18/02 for Defendant The Order of the Friar Servants of Mary. (gm) (Entered: 10/22/2002) |
| 11/19/2002 | 34 | Unopposed Motion for Extension of Time to Answer *(filed as Unopposed Motion to Extend Time for Defendant the Order of the Friar Servants of Mary to Enter First Appearance Pursuant to FRCP 6(b)). (extension requested to 11/25/02)*. Filed by Order of the Friar Servants of Mary. (kw, ) (Entered: 11/22/2002) |
| 11/19/2002 | 35 | Affidavit of *David A. Ernst in Support of Unopssed Motion to Extend Time for Defendant the Order of the Friar Servants of Mary to Enter First Appearance Pursuant to FRCP 6(b)*. Filed by Order of the Friar Servants of Mary. (Related document(s) 34 ) (kw, ) (Entered: 11/22/2002) |
| 11/20/2002 | 36 | **CIVIL MINUTES:**Record of Order by Judge John Jelderks: Granting Defendant The Order of the Friar Servants of Mary's *Fourth* Motion to Extend Time for Defendant to Enter First Appearance (Answer) (Related Doc # 34 ) as follows: Answer deadline reset to 11/25/02 for Defendant The Order of the Friar Servants of Mary. (gm) (Entered: 11/26/2002) |
| 01/24/2003 | 37 | Second Motion for Extension of Time *For Service Upon Defendant Holy See (State Of The Vatican City)*. Filed by John V Doe. (tomg, ) (Entered: 01/24/2003) |

EXHIBIT 1
PAGE 7 OF 24

| 01/24/2003 | 38 | Memorandum in Support *Of Second Motion To Extend Time For Service*. Filed by John V Doe. (Related document(s) 37 ) (tomg, ) (Entered: 01/24/2003) |
| 01/24/2003 | 39 | Supplemental Affidavit of *Michael G. Finnegan*. Filed by John V Doe. (Related document(s) 37 ) (tomg, ) (Entered: 01/24/2003) |
| 01/27/2003 | 40 | **ORDER:** Granting Plaintiff's *Second* Motion for Extension of Time (of 180 days from the date of this Order) to Effectuate Service Upon Foreign Defendant Holy See (Related Doc # 37 ) Signed on 1/27/03 by Judge John Jelderks. (gm) (Entered: 01/28/2003) |
| 01/31/2003 | 41 | Unopposed Motion for Extension of Discovery & PTO Deadlines. Filed by John V Doe. (gm, ) (Entered: 02/04/2003) |
| 01/31/2003 | 42 | Affidavit of *Kevin K. Strever in Support*. Filed by John V Doe. (Related document(s) 41 ) (gm, ) (Entered: 02/04/2003) |
| 01/31/2003 | 43 | Certificate of Service. Filed by John V Doe. (Related document(s) 41 , 42 ) (gm) (Entered: 02/04/2003) |
| 01/31/2003 | 44 | **CIVIL MINUTES:**Record of Order by Judge John Jelderks: Granting Plaintiff's *Second* Unopposed Motion to Extend Court Deadlines (Related Doc # 41 ) as follows and as modified: Discovery to be completed by 9/2/2003. Pretrial Order due by 10/3/2003. Dispositive Motions due by 9/2/2003. Exchange of Expert Witness Statements completed by 10/3/2003. Joint Alternate Dispute Resolution Report due by 10/3/2003. (gm) (Entered: 02/05/2003) |
| 04/14/2003 | 45 | Notice Of Suit (transmitted by U.S. Department of State to Secretariat of State of the Holy See on March 24, 2003). Filed by John V Doe. (tomg, ) (Entered: 04/15/2003) |
| 05/07/2003 | 46 | Defendant Holy See's Notice Of Appearance. Filed by Holy See. (tomg, ) (Entered: 05/08/2003) |
| 05/16/2003 | 47 | Stipulation To An Order To Extend Time For Defendant Holy See To Answer Or Otherwise Respond To The Complaint. Filed by Holy See. (tomg, ) (Entered: 05/16/2003) |
| 05/19/2003 | 48 | **CIVIL MINUTES:**Record of Order by Judge John Jelderks: Granting the Stipulation to an Order to Extend Time for Defendant Holy See to Answer or Otherwise Respond to the Complaint (Related documents(s) 47 ) as follows: Answer deadline reset to 8/21/2003 for Defendant Holy See. (gm) (Entered: 05/21/2003) |
| 08/15/2003 | 49 | Unopposed Motion for Extension of Time to Answer *(to enter first appearance)*. Filed by Order of the Friar Servants of Mary. (tomg, ) (Entered: 08/19/2003) |
| 08/15/2003 | 50 | Affidavit of *David A. Ernst In Support*. Filed by Order of the Friar Servants of Mary. (Related document(s) 49 ) (tomg, ) (Entered: 08/19/2003) |
| 08/15/2003 | 51 | Stipulation To An Order To Extend Time For Defendant Holy See To Answer |

EXHIBIT 1
PAGE 8 OF 24


| | | |
|---|---|---|
| | | Or Otherwise Respond To The Complaint. Filed by Holy See. (tomg, ) (Entered: 08/19/2003) |
| 08/18/2003 | 52 | **CIVIL MINUTES:** Record of Order by Judge John Jelderks: Granting Defendant Holy See's Stipulation to an Order to Extend Time for Defendant Holy See to Answer or Otherwise Respond to the Complaint (Related documents(s) 51 ) and Defendant Friar Servents' Unopposed Motion to Extend Time for Defendant The Order of the Friar Servants of Mary to Enter First Appearance (Related documents(s) 49 ) as follows: Answer deadlines reset to 9/26/2003 for Defendants Holy See and The Order of the Friar Servants of Mary.(gm) (Entered: 08/20/2003) |
| 08/25/2003 | 53 | Order Granting Defendant Holy See's Application for Special Admission Pro Hac Vice of Attorney Jeffrey S. Lena for Defendant Holy See. Receipt # 452387. Signed 8/25/03 by Judge John Jelderks. (gm) (Entered: 08/26/2003) |
| 08/26/2003 | 55 | Affidavit of *Thomas V. Dulcich In Support*. Filed by The Archdiocese Of Portland In Oregon, Roman Catholic Archbishop Of Portland In Oregon. (Related document(s) 54 ) (tomg, ) (Entered: 08/28/2003) |
| 08/27/2003 | 54 | Motion to Withdraw or Substitute an Attorney. Filed by The Archdiocese Of Portland In Oregon, Roman Catholic Archbishop Of Portland In Oregon. (tomg, ) (Entered: 08/28/2003) |
| 08/28/2003 | 56 | Motion to Dismiss for Lack of Jurisdiction *And For Insufficient Service Of Process (Oral Argument Requested)*. Filed by Holy See. (tomg, ) (Entered: 08/28/2003) |
| 08/28/2003 | 57 | Request For Judicial Notice. Filed by Holy See. (Related document(s) 56 ) (tomg, ) (Entered: 08/28/2003) |
| 08/28/2003 | 58 | Memorandum in Support *Of Motion To Dismiss*. Filed by Holy See. (Related document(s) 56 ) (tomg, ) (Entered: 08/28/2003) |
| 08/28/2003 | 59 | Declaration of *Byron H. Done In Support*. Filed by Holy See. (Related document(s) 56 ) (tomg, ) (Entered: 08/28/2003) |
| 08/28/2003 | 60 | Declaration of *Charles J. Reid In Support*. Filed by Holy See. (Related document(s) 56 ) (tomg, ) (Entered: 08/28/2003) |
| 08/28/2003 | 61 | Declaration of *Cynthia L.V. White In Support*. Filed by Holy See. (Related document(s) 56 ) (tomg, ) (Entered: 08/28/2003) |
| 08/28/2003 | 62 | Certificate of Service. Filed by Holy See. (Related document(s) 56 , 57 , 58 , 59 , 60 , 61 ) (tomg, ) (Entered: 08/28/2003) |
| 08/28/2003 | 63 | **CIVIL MINUTES:** Record of Order by Judge John Jelderks: Setting Defendant Holy See's Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction (Related documents(s) 56 ) on the Oral Argument Calendar of 10/7/2003 at 01:30PM in Courtroom 12-B. (gm) (Entered: 09/02/2003) |
| 08/28/2003 | 64 | **CIVIL MINUTES:** Record of Order by Judge John Jelderks: Granting Defendants Archdiocese of Portland in Oregon and (The) Roman Catholic |



EXHIBIT 1
PAGE 9 OF 24

| | | |
|---|---|---|
| | | Archbishop of Portland in Oregon's Motion for Withdrawal of Attorney (Mario J. Madden) as Counsel of Record (Related Doc # 54 ). Attorney Mario J. Madden is withdrawn as counsel for Defendants Archdiocese of Portland in Oregon and (The) Roman Catholic Archbishop of Portland in Oregon. Attorney Thomas V. Dulcich remains as sole counsel for these Defendants. (gm) (Entered: 09/02/2003) |
| 09/08/2003 | 65 | Stipulated Motion for Extension of Time *to Respond to Defendant Holy See's Motion to Dismiss and to Extend Related Deadlines*. Filed by John V Doe. (gm, ) (Entered: 09/11/2003) |
| 09/08/2003 | 66 | Certificate of Service of Plaintiff's Stipulated Motion to Extend Time. Filed by Defendant Holy See. (Related document(s) 65 ) (gm) (Entered: 09/11/2003) |
| 09/10/2003 | 67 | Motion *Joining in Stipulation to Enlarge Time for Plaintiff to Respond to Holy See's Motion to Dismiss and to Extend Related Deadlines*. Filed by Order of the Friar Servants of Mary. (gm, ) (Entered: 09/11/2003) |
| 09/11/2003 | 68 | **CIVIL MINUTES:** Record of Order by Judge John Jelderks: Granting the Stipulation (Motion) to Enlarge Time for Plaintiff to Respond to Defendant Holy See's Motion to Dismiss and to Extend Related Deadlines (Related documents(s) 65 ) and Granting Defendant The Order of Friar Servants of Mary's Motion Joining in Stipulation to Enlarge Time for Plaintiff to Respond to Holy See's Motion to Dismiss and to Extend Related Deadlines (Related documents(s) 67 ) as follows: Response to dismissal motion due by 11/7/2003. Reply to response due by 12/12/2003. Order: Resetting Defendant Holy See's Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction (Related documents(s) 56 ) from 10/7/2003 at 1:30PM to the Oral Argument Calendar of 1/20/2004 at 09:30AM in Courtroom 12-B. Order Resetting the following deadline: Answer deadline for Defendants Holy See and The Order of Friar Servants of Mary will be due 45 days after this Court's final ruling on the dismissal motion. Order: Counsel shall confer and promptly submit a motion appropriately extending the discovery and pretrial deadlines in this case. (gm) (Entered: 09/18/2003) |
| 10/22/2003 | 69 | Notice of Case Reassignment: Case reassigned from Judge John Jelderks to Judge Michael W. Mosman. (gm) (Entered: 10/22/2003) |
| 11/04/2003 | 70 | Motion for Order *to Set Discovery and Pretrial Deadlines Pursuant to Court Order*. Filed by John V Doe. (peg, ) (Entered: 11/05/2003) |
| 11/04/2003 | 71 | Affidavit of *Kevin K. Strever in Support of Plaintiff's Motion to Extend Discovery and Pretrial Deadlines Pursuant to Court Order*. Filed by John V Doe. (Related document(s) 70 ) (peg, ) (Entered: 11/05/2003) |
| 11/05/2003 | 72 | **CIVIL MINUTES:** Record of Order by Judge Michael W Mosman. ORDER Granting Motion for Order to Set Discovery and Pretrial Deadlines Pursuant to Court Order (#70). Discovery to be completed by 7/20/2004. Pretrial Order due by 12/1/2004. Joint Alternate Dispute Resolution Report due by 7/20/2004. ADR Conference by 6/18/04 Dispositive Motions due by 8/20/2004. (dls, ) (Entered: 11/05/2003) |
| 11/05/2003 | 73 | Memorandum in Opposition *To Defendant Holy See's Motion To Dismiss For* |

EXHIBIT *1*
PAGE *10* OF *24*



| | | *Insufficient Service Of Process And Lack Of Personal Jurisdiction(Oral Argument Requested).* Filed by all plaintiffs. (Related motion(s) 56 ) (cib, ) (Entered: 11/06/2003) |
|---|---|---|
| 11/05/2003 | 74 | Certificate of Service. Filed by all plaintiffs. (Related document(s) 73 ) (cib, ) (Entered: 11/06/2003) |
| 12/12/2003 | 75 | Reply to Motion *to Dismiss for Lack of Jurisdiction And For Insufficient Service Of Process.* Filed by Holy See. (Related motion(s) 56 ) (dls, ) (Entered: 12/17/2003) |
| 12/12/2003 | 76 | Declaration of *Jeffrey S Lena in support of Reply to Motion to Dismiss for Lack of Jurisdiction And For Insufficient Service of Process.* Filed by Holy See. (Related document(s) 75 ) (dls, ) (Entered: 12/17/2003) |
| 12/12/2003 | 77 | Certificate of Service. Filed by Holy See. (Related document(s) 75 , 76 ) (dls, ) (Entered: 12/17/2003) |
| 01/16/2004 | 78 | Emergency Motion for Extension of Time *to postpone Hearing on Defendant's Motion to Dismiss.* Filed by Holy See. (dls, ) (Entered: 01/16/2004) |
| 01/16/2004 | 79 | Affidavit of *Christine Coers-Mitchell in support of Emergency Motion for Extension of Time to postpone Hearing.* Filed by Holy See. (Related document (s) 78 ) (dls, ) (Entered: 01/16/2004) |
| 01/16/2004 | 80 | **ORDER:**Record of Order GRANTING Motion for Extension of Time to postpone Hearing on Defendant's Motion to Dismiss. (Related Doc # 78 ). RESETTING Oral Argument from 1/20/04 at 9:30am to 2/5/2004 at 03:00PM in Portland, Courtroom 14B. by Judge Michael W Mosman. (Related documents(s) 56 ) (dls, ) (Entered: 01/16/2004) |
| 02/05/2004 | 81 | **CIVIL MINUTES:**Record of Oral Argument before Judge Michael W Mosman. Counsel Present for Plaintiff: Jeffrey R Anderson and Kevin K Strever. Counsel Present for Defendant: Jeffrey S Lena and Thomas M Christ. Court Reporter: Bonita Alexander. Order DENYING Motion to Dismiss for Lack of Jurisdiction And For Insufficient Service Of Process (#56), as stated on the record, with the qualification Plaintiff has 60 days from the date of this order, to effectuate service of process under the SSIA. (dls, ) (Entered: 02/05/2004) |
| 02/26/2004 | 82 | Transcript of Proceedings held on 2/5/04 before Judge Michael W. Mosman. Court Reporter: Bonita J. Alexander.. (cib, ) (Entered: 03/08/2004) |
| 04/01/2004 | 83 | Third Motion for Extension of Time For Service Upon Defendant Holy See (State Of The Vatican City)and Motion for Extension of Discovery & PTO Deadlines. Filed by John V Doe. (cib, ) (Entered: 04/02/2004) |
| 04/01/2004 | 84 | Memorandum in Support Motion for Extension of Discovery & PTO Deadlines, Motion for Extension of Time 83 . Filed by John V Doe. (cib, ) (Entered: 04/02/2004) |
| 04/01/2004 | 85 | Notice Of Suit. Filed by Jeffrey R. Anderson appearing on behalf of John V Doe.(cib, ) (Entered: 04/02/2004) |



EXHIBIT 1
PAGE 18 OF 24

| 04/01/2004 | <u>86</u> | Amended Complaint. Trial Demanded.Filed by John V Doe against The Archdiocese Of Portland In Oregon, Catholic Bishop of Chicago, Holy See, Order of the Friar Servants of Mary, Roman Catholic Archbishop Of Portland In Oregon.(cib, ) (Entered: 04/02/2004) |
| 05/07/2004 | <u>88</u> | Return of Service unexecuted upon Archbishop Jean-Louis Tauran Secretary for Relations with States. Filed by John V Doe. (cib, ) (Entered: 05/19/2004) |
| 05/13/2004 | 87 | **CIVIL MINUTES: Record of** Order by Michael W. Mosman regarding Motion for Extension of Discovery & PTO DeadlinesMotion for Extension of Time <u>83</u> . Status Conference set for 5/20/2004 at 09:00AM in Telephone Conference before Judge Michael W. Mosman. The Court will initiate the call. Ordered by Judge Michael W. Mosman. (dls, ) (Entered: 05/13/2004) |
| 05/20/2004 | 89 | **CIVIL MINUTES: Record of Proceedings:** Status Conference. Order GRANTING Third Motion for Extension of Time For Service Upon Defendant Holy See(State Of The Vatican City)and Motion for Extension of Discovery & PTO Deadlines. Service upon defendant Holy See is extended 60 days. Discovery extended from 7/20/2004, to be completed by 11/22/2004. Dispositive Motions extended from 8/20/2004, due by 12/20/2004. Joint Alternate Dispute Resolution Report extended from 7/20/2004, due by 11/22/2004. Pretrial Order extended from 12/1/04, due by 2/1/2005. Kevin K Strever, Jeffrey R Anderson, and Mike Finnegan present as counsel for plaintiff(s). Jeffrey S. Lena, Thomas M Christ, James Finn, James C Geoly and Stephen F English present as counsel for defendant(s). Court Reporter or Tape No.: Priscilla Harris. Michael W. Mosman presiding. (dls, ) (Entered: 05/20/2004) |
| 07/15/2004 | <u>90</u> | Notice of Dismissal of Party Catholic Bishop of Chicago. Filed by William A. Barton appearing on behalf of John V Doe.(mja, ) (Entered: 07/16/2004) |
| 07/21/2004 | <u>91</u> | Return of Service executed upon Vatican City, Holy See on 6/25/04. (cib, ) (Entered: 07/23/2004) |
| 07/22/2004 | <u>92</u> | Notice Of Bankruptcy. Filed by The Archdiocese Of Portland In Oregon, Roman Catholic Archbishop Of Portland In Oregon.(cib, ) (Entered: 07/23/2004) |
| 08/17/2004 | <u>94</u> | Stipulated Motion for Order To Enlarge Time For Holy See To Answer Or Otherwise Respond To The Amended Complaint and Briefing Schedule. Filed by Holy See. (cib, ) (Entered: 08/19/2004) |
| 08/17/2004 | <u>95</u> | Affidavit of Christine Coers-Mitchell in Support of Motion. Filed by Holy See. (Related document(s): Motion for Order To Enlarge Time <u>94</u> .)(cib, ) (Entered: 08/19/2004) |
| 08/18/2004 | 93 | **CIVIL MINUTES: Record of** Order by Michael W. Mosman. Defendant Holy See shall have until August 31, 2004 to file an answer or motion to dismiss. Plaintiff shall have until September 30, 2004 to file a response to any motion to dismiss filed by defendant. Defendant shall have until October 14, 2004 to file a reply. The court will contact the parties later about whether and when there will be oral argument. Ordered by Judge Michael W. Mosman. (dls, ) (Entered: 08/18/2004) |



EXHIBIT 1
PAGE 12 OF 24

| 08/31/2004 | 96 | Request For Judicial Notice Pursuant To Fed. R. Evid. 201(b)(2) In Support Of The Holy See's Second Motion To Dismiss For Insufficient Service Of Process and Lack Of Personal Jurisdiction. Filed by Holy See. (cib, ) (Entered: 09/01/2004) |
| 08/31/2004 | 97 | Memorandum in Support Of Second Motion To Dismiss For Insufficient Service Of Process and Lack Of Personal Jurisdiction. Filed by Holy See. (cib, ) (Entered: 09/01/2004) |
| 08/31/2004 | 98 | Declaration of Byron H. Done In Support Of The Holy See's Second Motion To Dismiss For Insufficient Service Of Process and Lack of Personal Jurisdiction. Filed by Holy See. (cib, ) (Entered: 09/01/2004) |
| 08/31/2004 | 99 | Declaration of Charles J. Reid, Jr., In Support Of The Holy See's Second Motion To Dismiss For Insufficient Service Of Process and Lack of Personal Jurisdiction.(not an original signature) Filed by Holy See. (cib, ) (Entered: 09/01/2004) |
| 08/31/2004 | 100 | Certificate of Service by Holy See re Motion 96 , Memorandum in Support 97 , Declaration 98 , Declaration 99 . Filed by Holy See. (cib, ) (Entered: 09/01/2004) |
| 08/31/2004 | 101 | Second Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction. Filed by Defendant Holy See. (peg, ) (Entered: 09/01/2004) |
| 09/03/2004 | 102 | Affidavit of Christine Coers-Mitchell In Support in Support of Motion. Filed by Holy See. (Related document(s): Motion to Dismiss/Lack of Jurisdiction 101 .)(cib, ) (Entered: 09/10/2004) |
| 09/21/2004 | 103 | Stipulated Judgment Of Dismissal With Prejudice And Without Costs. Signed on 9/21/04 by Judge Michael W. Mosman. (cib, ) (Entered: 09/22/2004) |
| 09/30/2004 | 104 | Memorandum Of Law In Opposition To Defendant Holy See's Second Motion To Dismiss For Insufficient Service Of Process And Lack Of Personal Jurisdiction. Oral Argument Requested. Filed by John V Doe. (Related document(s): Motion to Dismiss/Lack of Jurisdiction 101 .)(cib, ) (Entered: 10/04/2004) |
| 09/30/2004 | 105 | Affidavit of Michael G. Finnegan In Opposition To Motion To Dismiss. Filed by John V Doe. (cib, ) (Entered: 10/04/2004) |
| 09/30/2004 | 106 | Certificate of Service by John V Doe re Memorandum, 104 , Affidavit 105 . Filed by John V Doe. (cib, ) (Entered: 10/04/2004) |
| 09/30/2004 | 112 | Affidavit of Professor George A. Sheets. Filed by all plaintiffs. (cib, ) (Entered: 11/01/2004) |
| 10/08/2004 | 107 | Unopposed Motion for Extension of Time to File a Reply To Plaintiff's Opposition To The Holy See's Second Motion To Dismiss. Filed by Holy See. (cib, ) (Entered: 10/12/2004) |
| 10/08/2004 | 108 | Affidavit of Christine Coers-Mitchell in Support of Motion. Filed by Holy See. (Related document(s): Motion for Extension of Time to File |

EXHIBIT 1
PAGE 13 OF 24



| | | Response/Reply to a Motion 107 .)(cib, ) (Entered: 10/12/2004) |
|---|---|---|
| 10/12/2004 | 109 | **ORDER:** Record of Order by Judge Michael W. Mosman. GRANTING Motion for Extension of Time to File Reply for Second Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction 107 . Reply due by 10/26/2004 101 . (dls, ) (Entered: 10/12/2004) |
| 10/26/2004 | 110 | Reply To Plaintiff's Opposition to Second Motion to Dismiss for Lack of Jurisdiction 101 . Filed by Holy See.(cib, ) (Entered: 10/29/2004) |
| 10/26/2004 | 111 | Declaration of Charles J. Reid Jr. In Support. Filed by Holy See. (Related document(s): Reply In Support to Motion 110 .)(cib, ) (Entered: 10/29/2004) |
| 01/06/2005 | 113 | **ORDER:** Record of Order by Judge Michael W. Mosman. Order DENYING Motion to Dismiss for Lack of Jurisdiction And For Insufficient Service Of Process 101 and quashing Plaintiff's service of process. Plaintiff has 60 days from the date of this order to effectuate proper service of process under the FSIA. Failure by Plaintiff to effectuate proper service of process may result in dismissal. (dls, ) (Entered: 01/06/2005) |
| 03/28/2005 | 114 | Motion to Allow Plaintiff to Proceed with Service Through the State Department. Filed by John V. Doe. (peg, ) (Entered: 03/29/2005) |
| 03/28/2005 | 115 | Memorandum of Law in Support of Allowing Plaintiff to Proceed With Service Through The Department of State. Filed by John V Doe. (Related document(s): Motion 114 .)(peg, ) (Entered: 03/29/2005) |
| 03/28/2005 | 116 | Affidavit of Michael G. Finnegan in Support of Allowing Plaintiff to Proceed With Service Through The State Department. Filed by John V Doe. (Related document(s): Motion 114 .)(peg, ) (Entered: 03/29/2005) |
| 05/02/2005 | 117 | **ORDER:** Record of Order by Judge Michael W. Mosman. DENYING Motion to Allow Plaintiff to Proceed with Service Through the State Department 114 , for Failure to Confer pursuant to LR 7.1. and with leave to re-file after plaintiff's confer with opposing counsel. (dls, ) (Entered: 05/02/2005) |
| 05/04/2005 | 118 | Motion to Allow Plaintiff to Proceed with Service through The Department of State. Filed by plainitff. (peg, ) (Entered: 05/09/2005) |
| 05/04/2005 | 119 | Memorandum of Law in Support of Allowing Plaintiff to Proceed with Service Through The Department of State. Filed by plaintiff. (peg, ) (Entered: 05/09/2005) |
| 05/04/2005 | 120 | Affidavit of Michael G. Finnegan in Support of Allowing Plaintiff to Proceed with Service through The Department of State. Filed by plaintiff. (peg, ) (Entered: 05/09/2005) |
| 05/16/2005 | 121 | Response to Motion 118 . Filed by Holy See.(cib, ) (Entered: 05/17/2005) |
| 05/16/2005 | 122 | Certificate of Service by Holy See re Response to Motion 121 . Filed by Holy See. (cib, ) (Entered: 05/17/2005) |
| 05/27/2005 | 123 | Reply To Defendant Holy See's Opposition to Service Through The Department of State. Filed by all plaintiffs.(cib, ) (Entered: 05/31/2005) |

EXHIBIT 1
PAGE 14 OF 24



| 06/14/2005 | 124 | **ORDER:** Record of Order by Judge Michael W. Mosman. GRANTING Motion to Allow Plaintiff to Proceed with Service through The Department of State 118 . (dls, ) (Entered: 06/14/2005) |
| 06/14/2005 | 125 | Request for Removal from Service List. Filed by The Archdiocese Of Portland In Oregon. (ntm, ) (Entered: 06/14/2005) |
| 08/24/2005 | 126 | Return of Service (with attachments) executed upon The Holy See on 8/2/2005. (ntm, ) (Entered: 08/24/2005) |
| 09/30/2005 | 127 | Stipulated Motion for Order to Enlarge Time for Holy See to Answer or Otherwise Respond to the Amended Complaint 86 . Filed by Holy See. (ntm, ) (Entered: 10/03/2005) |
| 09/30/2005 | 128 | Affidavit of Christine Coers-Mitchell in Support of Motion. Filed by Holy See. (Related document(s): Motion for Extension of Time to Answer a Complaint/Petition 127 .)(ntm, ) (Entered: 10/03/2005) |
| 10/04/2005 | 129 | **ORDER:** Record of Order by Judge Michael W. Mosman. GRANTING Motion for Extension of Time to Answer 127 . Answer due 11/9/2005. (dls, ) (Entered: 10/04/2005) |
| 10/11/2005 | 130 | Affidavit of Christine Coers-Mitchell in Support of Stipulated Motion for an Order to Enlarge Time for Holy See to Answer or Otherwise Respond to the Amended Complaint. Filed by Holy See. (ntm, ) (Entered: 10/12/2005) |
| 11/09/2005 | 131 | Motion To Sequence Defenses and Motion For Leave To File Memorandum In Support of Motion To Dismiss For Failure To State A Claim Following Adjudication of Jurisdictional Defenses. Oral Argument Requested. Filed by Holy See. (cib, ) (Entered: 11/14/2005) |
| 11/09/2005 | 132 | Memorandum in Support. Filed by Holy See. (Related document(s): Motion for Leave, 131 and Motion To Sequence.)(cib, ) (Entered: 11/14/2005) |
| 11/09/2005 | 133 | Motion to Dismiss For Lack Of Subject Matter Jurisdiction And Lack Of Personal Jurisdiction And Lack Of Personal Jurisdiction Pursuant To Federal Rule Of Civil Procedure 12(b)(1)-(2). Oral Argument requested Filed by Holy See. (cib, ) (Entered: 11/14/2005) |
| 11/09/2005 | 134 | Memorandum in Support. Filed by Holy See. (Related document(s): Motion to Dismiss 133 .)(cib, ) (Entered: 11/14/2005) |
| 11/09/2005 | 135 | Motion to Dismiss For Failure To State A Claim Pursuant To Federal Rule Of Civil Procedure 12(b)(6). Oral Argument requested Filed by Holy See. (cib, ) (Entered: 11/14/2005) |
| 11/09/2005 | 136 | Certificate of Service by Holy See re Motion to Dismiss 133 , Motion to Dismiss 135 , Memorandum in Support of Motion 134 , Motion for LeaveMotion 131 , Memorandum in Support of Motion 132 . Filed by Holy See. (cib, ) (Entered: 11/14/2005) |
| 11/29/2005 | 137 | Unopposed Motion for Extension of Time to Respond To The Holy See's Motions To Dismiss and To Sequence Defenses. 133 , 135 , 131 . Filed by John V Doe. (cib, ) (Entered: 11/29/2005) |



EXHIBIT  1
PAGE 13 OF 24

| 11/29/2005 | 138 | Affidavit of Michael G. Finnegan in Support of Motion. Filed by John V Doe. (Related document(s): Motion for Extension of Time to File Response/Reply to a Motion 137 .)(cib, ) (Entered: 11/29/2005) |
| --- | --- | --- |
| 11/29/2005 | 139 | Certificate of Service by John V Doe re Motion for Extension of Time to File a Response/Reply to Motion to Dismiss 133 , Motion to Dismiss 135 , Motion for Leave, 131 137 , Affidavit in Support of Motion 138 . Filed by John V Doe. (cib, ) (Entered: 11/29/2005) |
| 11/29/2005 | 140 | **ORDER:** Record of Order by Judge Michael W. Mosman. GRANTING Motion for Extension of Time to File Response/Reply 137 . Response is due by 12/23/2005, for the following motions: Motion To Sequence Defenses and Motion For Leave To File Memorandum In Support of Motion To Dismiss For Failure To State A Claim Following Adjudication of Jurisdictional Defenses (#131), ?Motion to Dismiss For Lack Of Subject Matter Jurisdiction And Lack Of Personal Jurisdiction And Lack Of Personal Jurisdiction Pursuant To Federal Rule Of Civil Procedure 12(b)(1)-(2) (#133), and Motion to Dismiss For Failure To State A Claim Pursuant To Federal Rule Of Civil Procedure 12(b)(6) (#135). (dls, ) (Entered: 11/29/2005) |
| 12/23/2005 | 141 | Plaintiff's Memorandum in Opposition to the Holy See's Challenge to this Courts Subject Matter Jurisdiction Based on Plaintiff's Complaint (#135). Filed by John V Doe.(ntm, ) Modified on 1/12/2006 (dls, ). Modified on 1/12/2006 (dls, ). (Entered: 12/23/2005) |
| 12/23/2005 | 142 | Plaintiff's Motion for Jurisdictional Discovery or Alternatively for Leave to File an Additional Brief if this Court Examines Any Issue Outside of the Sufficiency of the Complaint Under the FSIA Filed by John V Doe. (ntm, ) (Entered: 12/23/2005) |
| 12/23/2005 | 143 | Memorandum in Support of Motion. Filed by John V Doe. (Related document (s): Motion for Leave 142 .)(ntm, ) (Entered: 12/23/2005) |
| 12/23/2005 | 144 | Response to Motion to Sequence Defenses 131 . Filed by John V Doe.(ntm, ) (Entered: 12/23/2005) |
| 12/28/2005 | 145 | Memorandum in Opposition To The Holy See's Challenge To This Court's Subject Matter Jurisdiction Based On Plaintiff's Complaint (#133). Filed by John V Doe.(cib, ) Modified on 1/12/2006 (dls, ). Modified on 1/12/2006 (dls, ). (Entered: 12/29/2005) |
| 01/03/2006 | 146 | Unopposed Motion for Order Enlarging Time for Holy See to File Responses. Filed by Holy See. (ntm, ) (Entered: 01/04/2006) |
| 01/03/2006 | 147 | Affidavit of Christine Coers-Mitchell in Support of Motion. Filed by Holy See. (Related document(s): Motion for Order 146 .)(ntm, ) (Entered: 01/04/2006) |
| 01/12/2006 | 148 | Scheduling Order by Michael W. Mosman. Status Conference is set for 1/18/2006 at 10:00AM in Telephone before Judge Michael W. Mosman, regarding Unopposed Motion for Order Enlarging Time for Holy See to File Responses (#146). The court will initiate the call. Ordered by Judge Michael W. Mosman. (dls, ) (Entered: 01/12/2006) |



| | | |
|---|---|---|
| 01/18/2006 | 149 | **MINUTES of Proceedings:** Status Conference. Order GRANTING Motion To Sequence Defenses and Motion For Leave To File Memorandum In Support of Motion To Dismiss For Failure To State A Claim Following Adjudication of Jurisdictional Defenses (#131). Order GRANTING IN PART Unopposed Motion for Order Enlarging Time for Holy See to File Responses (#146). Defendant's Reply Brief on the issue of Subject Matter Jurisdiction (#133) is due February 2, 2006. Personal Jurisdiction Issue - Plaintiff shall submit the specific discovery requests it seeks as well as briefing on why such requests are allowed under Ninth Circuit law by February 2, 2006. Defendant shall file a responsive brief to the propriety of plaintiff's discovery requests by February 16, 2006. The court will conduct, if necessary, other status conferences to address briefing schedules regarding personal jurisdiction and the 12(b)(6) motion after the subject matter jurisdiction issue is adjudicated. All other motions and requests for extension of deadlines not discussed in this minute order are held in abeyance until further notice. Kevin Strever, Jeffrey Anderson, and Mike Finnegan present as counsel for plaintiff(s). Jeffrey Lena, Thomas Christ, David Ernst, and James Geoly present as counsel for defendant(s). Court Reporter: Bonita Alexander. Michael W. Mosman presiding. (Related document(s): Motion to Dismiss 133 .) (dls, ) (Entered: 01/18/2006) |
| 02/02/2006 | 150 | Reply to Plaintiff's Opposition To Motion to Dismiss For Lack Of Subject Matter Jursidiction 133 . Filed by Holy See.(cib, ) (Entered: 02/03/2006) |
| 02/02/2006 | 151 | Certificate of Service by Holy See re Reply to Motion 150 . Filed by Holy See. (cib, ) (Entered: 02/03/2006) |
| 02/02/2006 | 152 | Plaintiff's Memorandum of Law in support of Discovery on the Issue of Personal Jurisdiction over the Holy See. Filed by Jeffrey R. Anderson appearing on behalf of all plaintiffs.(dls, ) (Entered: 02/16/2006) |
| 02/02/2006 | 153 | Plaintiff's Interragatories regarding the Holy See's Jursidicational Challenge. Filed by Jeffrey R. Anderson appearing on behalf of all plaintiffs.(dls, ) (Entered: 02/16/2006) |
| 02/02/2006 | 154 | Plaintiff's Request for Production of Documents regarding the Holy See's Jurisdicational Challenge. Filed by Jeffrey R. Anderson appearing on behalf of all plaintiffs.(dls, ) (Entered: 02/16/2006) |
| 02/02/2006 | 155 | Plaintiff's Notice of Deposition(s) regarding the Holy See's Jurisdictional Challenge. Filed by Jeffrey R. Anderson appearing on behalf of all plaintiffs. (dls, ) (Entered: 02/16/2006) |
| 02/16/2006 | 156 | Opposition To Plaintiff's Request For Discovery on The Issue Of Personal Jurisdiction Over The Holy See 142 . Filed by Holy See.(cib, ) (Entered: 02/21/2006) |
| 02/16/2006 | 157 | Certificate of Service by Holy See re Response to Motion 156 . Filed by Holy See. (cib, ) (Entered: 02/21/2006) |
| 06/07/2006 | 158 | **OPINION AND ORDER:** The Holy See's motion to dismiss 133 for lack of subject matter jurisdiction is DENIED. The commercial activity exception to the FSIA is inapplicable because the gravamen of plaintiff's complaint is not |



| | | commercial in nature. However, plaintiff's complaint contains factual allegations sufficient to establish the applicability of the tortious activity exception to the FSIA such that plaintiff survives the Holy See's facial attack in this motion to dismiss. Moreover, because the challenged conduct is not the type of judgment the discretionary function exception was designed to shield, and because the record is devoid of any policy-based rationale for the challenged conduct, the Holy See did not meet its burden to demonstrate its entitlement to the safe harbor under the tortious activity exception to sovereign immunity. Signed on 6/7/06 by Judge Michael W. Mosman. (dls, ) (Entered: 06/07/2006) |
|---|---|---|
| 06/08/2006 | 159 | Notice of Appeal to the 9th Circuit. Filed by Holy See. (Coers-Mitchell, Christine) (Entered: 06/08/2006) |
| 06/08/2006 | | USCA Appeal Fees re Notice of Appeal 159 : Received Fee in amount of $ 455.00. Receipt number 9881 issued. (Related Document(s): Notice of Appeal 159 ) (tomg, ) (Entered: 06/21/2006) |
| 06/12/2006 | 160 | Scheduling Order by Michael W. Mosman. Status Conference is set for 6/14/2006 at 11:30AM in Telephone before Judge Michael W. Mosman. The court will initiate the call. Ordered by Judge Michael W. Mosman. (dls, ) (Entered: 06/12/2006) |
| 06/13/2006 | 161 | Notice *Defendant Holy See's Status Conference Statement*. Filed by Christine Coers-Mitchell appearing on behalf of Holy See.(Coers-Mitchell, Christine) (Entered: 06/13/2006) |
| 06/14/2006 | 162 | **MINUTES of Proceedings:** Status Conference. The parties filed an appeal in this matter, and a cross-appeal will be filed. This case will remain pending until resolution at the court of appeals. Kevin Strever, William Barton, Jeffrey Anderson, and Mike Finnegan present as counsel for plaintiff(s). Jeffrey Lena, Thomas Christ, David Ernst, and Stephen English present as counsel for defendant(s). Court Reporter: Dennis Grube. Michael W. Mosman presiding. (dls, ) (Entered: 06/14/2006) |
| 06/16/2006 | 163 | **ORDER:** Record of Order by Judge Michael W. Mosman. DENYING WITH LEAVE TO REFILE Motion to Dismiss 135 , DENYING WITH LEAVE TO REFILE Motion for Leave 142 . (dls, ) (Entered: 06/16/2006) |
| 06/19/2006 | | Notification of Appeal 159 sent to USCA for the 9th Circuit and to counsel along with a copy of the docket sheet. (CADS mailed directly to Court of Appeals by appellant). (Related Document(s): Notice of Appeal 159 ) (tomg, ) (Entered: 06/19/2006) |
| 06/22/2006 | 164 | Cross-Appeal Notice of Appeal to the 9th Circuit from Order on motion to dismiss 158 . Filing fee in amount of $455 collected; Receipt No. 10097 issued. Filed by John V Doe. (Related Document(s): Order on motion to dismiss 158 ) (cib, ) (Entered: 06/26/2006) |
| 06/29/2006 | | Notification of Cross-Appeal from Notice of Cross-Appeal 164 sent to USCA for the 9th Circuit and counsel along with a copy of the docket sheet. (CADS sent also). (Related Document(s): Notice of Appeal 164 ) (ljl, ) (Entered: 06/29/2006) |



EXHIBIT 1
PAGE 18 OF 24

| | | |
|---|---|---|
| 06/30/2006 | 165 | Joint Notice *REGARDING DESIGNATION OF RECORD*. Filed by Christine Coers-Mitchell appearing on behalf of all parties.(Coers-Mitchell, Christine) (Entered: 06/30/2006) |
| 07/11/2006 | 166 | Notification from USCA 9th Circuit of appeal number CA 06-35563 for Notice of Appeal 159 filed by Holy See on 6/8/06, including Briefing Schedule. (Related Document(s): Notice of Appeal 159 ) (tomg, ) (Entered: 07/24/2006) |
| 07/21/2006 | | Notification from USCA 9th Circuit of appeal number CA 06-35587 for Notice of Cross-Appeal 164 filed by John Doe on 6/22/06. (Related Document(s): Notice of Appeal 164 ) (tomg, ) (Entered: 08/02/2006) |
| 06/18/2007 | 167 | Scheduling Order by Michael W. Mosman. Status Report is due by 9/4/2007. Ordered by Judge Michael W. Mosman. (dls) (Entered: 06/18/2007) |
| 09/04/2007 | 168 | Status Report by Holy See. Filed by Holy See. (Coers-Mitchell, Christine) (Entered: 09/04/2007) |
| 09/06/2007 | 169 | Plaintiff's Status Report by John V Doe. Filed by John V Doe. (pvh) (Entered: 09/06/2007) |
| 09/06/2007 | 170 | The document, Status Report 169 , was conventionally filed in our court after the mandatory electronic filing deadline of September 1, 2006. Local Rule 100.1 clearly requires the electronic filing of all pleadings, documents, and other papers in all pending civil and criminal cases. The document(s) referenced above should not be re-filed electronically, but we ask that you conform to the requirements of LR 100.1 in future submissions to the court. Please refer to LR 100.4 for documents which must be filed conventionally. To learn more about this requirement and the CM/ECF system, visit the court's Internet website at: ord.uscourts.gov. There you will find links to rules and resources designed to assist you and your staff in quickly learning how to electronically file. If you have any questions or concerns regarding this matter, please contact any member of the Clerk's Office staff.. (pvh) (Entered: 09/06/2007) |
| 09/10/2007 | 171 | Scheduling Order by Michael W. Mosman. Status Report is due by 12/3/2007. Ordered by Judge Michael W. Mosman. (dls) (Entered: 09/10/2007) |
| 10/30/2007 | 172 | Transcript Designation and Order Form . Filed by Holy See. (Coers-Mitchell, Christine) (Entered: 10/30/2007) |
| 12/03/2007 | 173 | Second Status Report by Holy See. Filed by Holy See. (Coers-Mitchell, Christine) (Entered: 12/03/2007) |
| 12/17/2007 | 174 | Scheduling Order by Michael W. Mosman. Status Report is due by 3/3/2008. Ordered by Judge Michael W. Mosman. (dls) (Entered: 12/17/2007) |
| 02/01/2008 | 175 | Certificate of Record transmitted to USCA for the 9th Circuit re Notice of Appeal CA 06-35563 159 filed by Hole See on 6/8/06. (tomg) (Entered: 02/01/2008) |
| 02/01/2008 | 176 | Certificate of Record transmitted to USCA for the 9th Circuit re Notice of Cross-Appeal CA 06-35587 164 filed by John V. Doe on 6/22/06. (tomg) |



EXHIBIT
PAGE 19 OF 24

| | | (Entered: 02/01/2008) |
|---|---|---|
| 02/01/2008 | | Record on Appeal (entire original file) sent to the 9th Circuit regarding Notice of Appeal CA 06-35563 159 . (tomg) (Entered: 02/01/2008) |
| 02/26/2008 | 177 | Third Status Report by Holy See. Filed by Holy See. (Coers-Mitchell, Christine) (Entered: 02/26/2008) |
| 02/27/2008 | 178 | Third Status Report by John V Doe. Filed by John V Doe. (Anderson, Jeffrey) (Entered: 02/27/2008) |
| 03/07/2008 | 179 | Scheduling Order by Michael W. Mosman. Status Report is due by 6/6/2008. Ordered by Judge Michael W. Mosman. (dls) (Entered: 03/07/2008) |
| 05/16/2008 | 180 | Notice of Attorney Substitution:Attorney Wendy M. Margolis is substituted as counsel of record in place of Attorney Christine Coers-Mitchell.Filed by Holy See. (Margolis, Wendy) (Entered: 05/16/2008) |
| 05/29/2008 | 181 | Fourth Status Report by John V Doe. Filed by John V Doe. (Anderson, Jeffrey) (Entered: 05/29/2008) |
| 05/29/2008 | 182 | Scheduling Order by Michael W. Mosman. Status Report is due by 8/29/2008. Ordered by Judge Michael W. Mosman. (dls) (Entered: 05/29/2008) |
| 08/26/2008 | 183 | Fifth Status Report by John V Doe. Filed by John V Doe. (Anderson, Jeffrey) (Entered: 08/26/2008) |
| 09/04/2008 | 184 | Scheduling Order by Michael W. Mosman. Status Report is due by 11/26/2008. Ordered by Judge Michael W. Mosman. (dls) (Entered: 09/04/2008) |
| 11/21/2008 | 185 | Status Report by John V Doe. Filed by John V Doe. (Anderson, Jeffrey) (Entered: 11/21/2008) |
| 12/08/2008 | 186 | Scheduling Order by Michael W. Mosman. Status Report is due by 2/26/2009. Ordered by Judge Michael W. Mosman. (dls) (Entered: 12/08/2008) |
| 02/25/2009 | 187 | Status Report by John V Doe. Filed by John V Doe. (Anderson, Jeffrey) (Entered: 02/25/2009) |
| 04/06/2009 | 188 | MANDATE of USCA for the 9th Circuit re Notice of Appeal CA 06-35563 159 and CA 06-35587 164 : (In appeal no. CA 06-35563) The decision of the District Court is AFFIRMED in part; REVERSED in part; and REMANDED. The cross-appeal (CA 06-35587) is DISMISSED. (Attachments: # 1 Attachment Opinion) (tomg) (Entered: 04/16/2009) |
| 06/09/2009 | 189 | Scheduling Order by Judge Michael W. Mosman. Status Conference is set for 6/15/2009 at 04:00PM in Telephone before Judge Michael W. Mosman. The court will initiate the call. Ordered by Judge Michael W. Mosman. (dls) (Entered: 06/09/2009) |
| 06/12/2009 | 190 | Notice *Application for Special Admission pro hac vice.*Filed by John V Doe. (Anderson, Jeffrey) (Entered: 06/12/2009) |
| 06/12/2009 | 191 | Notice *Application for Special Admission Pro Hac Vice of Marci* |

EXHIBIT 1
PAGE 20 OF 24


| | | |
|---|---|---|
| | | *Hamilton*.Filed by John V Doe. (Anderson, Jeffrey) (Entered: 06/12/2009) |
| 06/15/2009 | 192 | **MINUTES of Proceedings:** Status Conference. The Mandate discussed and cert discussed. Order GRANTING Plaintiff's oral motion for leave to file an amended complaint. The Motion for Amended Complaint will be due 7/15/2009. Responses according to the local rules. Kevin Strever, Jeffrey Anderson, Mike Finnegan, and Marci Hamilton present as counsel for plaintiff (s). Jeffrey Lena, Thomas Christ, David Ernst and Susan Horner present as counsel for defendant(s). Court Reporter: Bonita Shumway. Judge Michael W. Mosman presiding. (dls) (Entered: 06/16/2009) |
| 06/15/2009 | 193 | Order Granting Application for Special Admission Pro Hac Vice of Marci Hamilton for John V Doe. Application Fee in amount of $100 collected. Receipt No. 27473 issued. Signed on 6/13/09 by Judge Michael W. Mosman. (ljl) (Entered: 06/16/2009) |
| 06/15/2009 | 194 | Order Granting Application for Special Admission Pro Hac Vice of Michael G. Finnegan for John V Doe. Application Fee in amount of $100 collected. Receipt No. 27473 issued. Signed on 6/13/09 by Judge Michael W. Mosman. (ljl) (Entered: 06/16/2009) |
| 07/15/2009 | 195 | Motion for Leave to File Amended Complaint/Petition. Filed by John V Doe. (Anderson, Jeffrey) (Entered: 07/15/2009) |
| 07/15/2009 | 196 | Memorandum in Support *of Plaintiff's Motion to Amend Complaint*. Filed by John V Doe. (Related document(s): Motion for Leave to File Amended Complaint/Petition 195 .) (Attachments: # 1 Proposed Document Ex. A Second Amended Complaint) (Anderson, Jeffrey) (Entered: 07/15/2009) |
| 07/21/2009 | 197 | Motion for Extension of Time *to File Opposition to Plaintiff's Motion to Amend the Complaint*. Filed by Holy See. (Margolis, Wendy) (Entered: 07/21/2009) |
| 07/21/2009 | 198 | Declaration of Wendy M. Margolis. Filed by Holy See. (Related document(s): Motion for Extension of Time 197 .) (Margolis, Wendy) (Entered: 07/21/2009) |
| 07/23/2009 | 199 | **ORDER:** GRANTING Motion for Extension of Time to File Opposition to Plaintiff's Motion to Amend the Complaint. 197 . Response is due by 8/7/2009. Ordered by Judge Michael W. Mosman. (mjp) (Entered: 07/23/2009) |
| 08/06/2009 | 200 | Order- Granting Application for Special Admission Pro Hac Vice of Alexis Haller for Holy See. Application Fee in amount of $100 collected. Receipt No. 28358 issued. Signed on 8/6/2009 by Judge Michael W. Mosman. (ecp) (Entered: 08/07/2009) |
| 08/07/2009 | 201 | Memorandum in Opposition to Motion for Leave to File Amended Complaint/Petition 195 Oral Argument requested. Filed by Holy See. (Haller, Alexis) (Entered: 08/07/2009) |
| 08/07/2009 | 202 | Declaration of Jeffrey S. Lena *in Support of Defendant Holy See's Opposition to Plaintiff's Motion for Leave to Amend the Complaint*. Filed by Holy See. (Related document(s): Memorandum in Opposition 201 .) (Attachments: # 1 |



| | | Exhibit A-M) (Haller, Alexis) (Entered: 08/07/2009) |
|---|---|---|
| 08/17/2009 | 203 | Reply to Motion for Leave to File Amended Complaint/Petition 195 . Filed by John V Doe. (Anderson, Jeffrey) (Entered: 08/17/2009) |
| 08/24/2009 | 204 | Motion for Leave *TO FILE SUR-REPLY REGARDING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT*. Filed by Holy See. (Attachments: # 1 Exhibit 1) (Haller, Alexis) (Entered: 08/24/2009) |
| 09/02/2009 | 205 | Order. This action is designated as a Complex Case. Ordered by Judge Michael W. Mosman. (dls) (Entered: 09/02/2009) |
| 09/23/2009 | 206 | Status Report *Regarding Proceedings Before the United States Supreme Court* by Holy See. Filed by Holy See. (Haller, Alexis) (Entered: 09/23/2009) |
| 10/07/2009 | 207 | **ORDER:** GRANTING Motion for Leave TO FILE SUR-REPLY REGARDING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT 204 . Ordered by Judge Michael W. Mosman. (dls) (Entered: 10/07/2009) |
| 10/19/2009 | 208 | **OPINION AND ORDER:** For the foregoing reasons, I DENY Plaintiff's Motion for Leave to File Amended Complaint 195 . Signed on 10/19/09 by Judge Michael W. Mosman. (dls) (Entered: 10/20/2009) |
| 11/24/2009 | 209 | Motion for Stay. Oral Argument requested. Filed by Holy See. (Haller, Alexis) (Entered: 11/24/2009) |
| 11/24/2009 | 210 | Memorandum in Support *of Motion to Stay Proceedings*. Filed by Holy See. (Related document(s): Motion for Stay 209 .) (Haller, Alexis) (Entered: 11/24/2009) |
| 11/24/2009 | 211 | Declaration of *JEFFREY S. LENA IN SUPPORT OF DEFENDANT HOLY SEE'S MOTION TO STAY PROCEEDINGS*. Filed by Holy See. (Related document(s): Motion for Stay 209 .) (Attachments: # 1 Exhibit A-H) (Haller, Alexis) (Entered: 11/24/2009) |
| 12/01/2009 | 212 | **ORDER:** DENYING Motion for Stay 209 . Ordered by Judge Michael W. Mosman. (dls) (Entered: 12/01/2009) |
| 12/23/2009 | 213 | Stipulation *of the Parties to Extend Time to File Discovery Plan with Court* by John V Doe. Filed by John V Doe. (Anderson, Jeffrey) Modified on 1/4/2010 (dls). (Entered: 12/23/2009) |
| 01/05/2010 | 214 | **ORDER:** GRANT Stipulation of the Parties to Extend Time to File Discovery Plan With Court 213 . Discovery Plan is due by January 14, 2009. Ordered by Judge Michael W. Mosman. (dls) (Entered: 01/05/2010) |
| 01/06/2010 | 215 | Order for Administrative Correction of the Record regarding Order on motion for extension of time 214 . A Clerical error has been discovered in the case record. In accordance with Fed. R. Civ. P. 60(a), the Clerk is directed to make the following administrative corrections to the record and to notify all parties accordingly. CORRECTION: The Discovery Plan is due by January 14, 2010 instead of January 14, 2009. (cib) (Entered: 01/06/2010) |
| 01/14/2010 | 216 | Record of Order by Judge Michael W. Mosman. Order GRANTING the parties 1/14/2010 email request to extend the Discovery Plan FROM January |



| | | |
|---|---|---|
| | | 14, 2009, due by 1/21/2010. Ordered by Judge Michael W. Mosman. (dls) (Entered: 01/14/2010) |
| 01/21/2010 | 217 | Joint Status Report , *Joint Discovery Plan Statement.* Filed by all parties. (Haller, Alexis) (Entered: 01/21/2010) |
| 01/21/2010 | 218 | Status Report *re Defendant Holy See's Litigation Plan Proposal* by Holy See. Filed by Holy See. (Haller, Alexis) (Entered: 01/21/2010) |
| 01/21/2010 | 219 | Declaration of Jeffrey S. Lena *in support of Defendant Holy See's Litigation Plan Proposal.* Filed by Holy See. (Related document(s): Status Report 218 .) (Haller, Alexis) (Entered: 01/21/2010) |
| 01/27/2010 | 220 | Status Report *Plaintiff's Response to Defendant Holy See's Litigation Plan* by John V Doe. Filed by John V Doe. (Attachments: # 1 Exhibit Declaration of Michael Finnegan in Support of Plaintiff's Response to Defendant Holy See's Litigation Plan) (Finnegan, Michael) (Entered: 01/27/2010) |
| 02/01/2010 | 221 | Brief *(Reply to Plaintiff's Response to Holy See's Litigation Plan Proposal.* Filed by Holy See. (Related document(s): Status Report, 220 .) (Haller, Alexis) (Entered: 02/01/2010) |
| 02/02/2010 | 222 | Sur-Reply *to Holy See's Litigation Plan.* Filed by John V Doe. (Attachments: # 1 Supplement Declaration of Michael Finnegan in Support of Plaintiff's Surreply to Holy See's Litigation Plan) (Finnegan, Michael) (Entered: 02/02/2010) |
| 02/02/2010 | 223 | Brief *DEFENDANT HOLY SEE'S RESPONSE TO PLAINTIFF'S SUR-REPLY RE: HOLY SEE'S LITIGATION PLAN PROPOSAL.* Filed by Holy See. (Related document(s): Sur-Reply to Motion 222 .) (Haller, Alexis) (Entered: 02/02/2010) |
| 02/03/2010 | 224 | Scheduling Order by Judge Michael W. Mosman. Rule 16 Conference is set for 2/8/2010 at 04:00PM in Telephone before Judge Michael W. Mosman. The court will initiate the call. Ordered by Judge Michael W. Mosman. (dls) (Entered: 02/03/2010) |
| 02/08/2010 | 225 | **MINUTES of Proceedings:** Telephone Rule 16 Conference held. The Court adopts Defendant Holy See's Litigation Plan Proposal (#218). The case is stayed with respect to the Holy See until the Supreme Court reaches a decision on the Holy See's petition for writ of certiorari. Discovery and motions practice will proceed with respect to Defendant Province. Plaintiff and the Province are to submit a joint case management schedule to the Court no later than February 19, 2010. Kevin K. Strever, Michael G Finnegan and Jeffrey R. Anderson present as counsel for plaintiff(s). Alexis Haller, Jeffrey S. Lena, Thomas M Christ, David Ernst, and James C Geoly present as counsel for defendant(s). Court Reporter: Bonita Shumway. Judge Michael W. Mosman presiding. (dls) (Entered: 02/10/2010) |
| 02/19/2010 | 226 | Joint Proposed Pretrial Order Lodged *Case Management Order for Discovery and Dispositive Motions Involving Plaintiff and Defendant Order of the Friar Servants of Mary.* Filed by John V Doe. (Finnegan, Michael) (Entered: 02/19/2010) |
| | | |



| 03/03/2010 | 227 | Case Management Order For Discovery and Dispositive Motions Involving Plaintiff And Defendant Order Of The Friar Servants of Mary. Signed on 3/2/10 by Judge Michael W. Mosman. (cib) (Entered: 03/03/2010) |
| 03/10/2010 | 228 | Answer to Amended Complaint. Filed by Order of the Friar Servants of Mary. (Ernst, David) (Entered: 03/10/2010) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/13/2010 14:31:51 | | |
| **PACER Login:** mn0029 | **Client Code:** dbh 099999-7002/barton | |
| **Description:** Docket Report | **Search Criteria:** 3:02-cv-00430-MO | |
| **Billable Pages:** 16 | **Cost:** 1.28 | |

EXHIBIT 1
PAGE 24 OF 24

I hereby certify that I served the foregoing memorandum in support of defendant

The Society of Jesus, Father General Adolfo Nicolas, SJ and His Predecessors' motion to dismiss

on:

- KENNETH P ROOSA     info@cookeroosa.com
- PAMELA EGAN SINGER     psinger@pszjlaw.com,
  pjeffries@pszjlaw.com;ksuk@pszjlaw.com

by the following indicated method or methods on the date set forth below:

    ☒    **CM/ECF system transmission.**

and on

Richard K. Hansen
Schwabe Williamson & Wyatt PC
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, Oregon  97204-3795
E-mail:  rhansen@schwabe.com
Fax:  (503) 796-2900

James M. Gorski
Hughes Pfiffner Gorski Seedorf & Odsen, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
E-mail:  jmg@hpglaw.net
Fax:  (907) 263-8320

Of Attorneys for Defendants, The Society of
Jesus, Oregon Province, and The Society of
Jesus, Alaska

Gary A. Zipkin
Gregory G. Silvey
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska  99501
E-mail:  gzipkin@guessrudd.com
        gsilvey@guessrudd.com
Fax:  (907) 793-2299

Of Attorneys for Defendant Society of
Jesus, Father General Adolfo Nicolas,
SJ, and His Predecessors

Cynthia L. Ducey
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
E-mail:  cld@delaneywiles.com
Fax:  (907) 279-3581

Attorneys for Defendant Pioneer Educational
Society

Page 1 -  Certificate of Service

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

Daniel T. Quinn
Richmond & Quinn, P.C.
360 K Street, Suite 200
Anchorage, Alaska  99501
E-mail:  dquinn@richmondquinn.com
Fax:  (907) 276-2953

Timothy M. Lynch
Lynch & Associates, PC
425 G Street, Suite 320
Anchorage, Alaska  99501
Fax:  (907) 278-9498

Attorneys for Defendant Stephen
Sundborg

by the following indicated method or methods on the date set forth below:

☐    **E-mail.**  As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐    **Facsimile communication device.**

☒    **First-class mail, postage prepaid.**

☐    **Hand-delivery.**

DATED this 16th day of April, 2010.

/s/ Teresa H. Pearson
Teresa H. Pearson
Attorneys for Defendant
The Society of Jesus, Father General Adolfo
Nicolas, SJ and His Predecessors

Page 2 -  Certificate of Service

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699