Below is an Order of the Court.

**IT IS FURTHER ORDERED that any party desiring to appear telephonically at the July 30, 2010 hearing may do so by calling the court "meet-me" telephone line [(503)326-6337, i.d. code 111#] no earlier than five minutes before the scheduled hearing and no later than the start of the hearing.**

_Elizabeth L Perris_
ELIZABETH PERRIS
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 09-30938-elp11 |
| SOCIETY OF JESUS, OREGON PROVINCE, | Chapter 11 |
| Debtor | Adversary Proceeding No. 09-03318-elp |
| | SCHEDULING ORDER |

JAMES DOE 59 through 94; JANET DOE 4 through 7; and JEAN DOE 3 through 6,

      Plaintiffs,

   v.

SOCIETY OF JESUS, OREGON PROVINCE; THE SOCIETY OF JESUS, ALASKA; THE SOCIETY OF JESUS, FATHER GENERAL ADOLFO NICOLAS, SJ AND HIS PREDECESSORS; THE PIONEER EDUCATIONAL SOCIETY; FATHER STEPHEN SUNDBORG, S.J.; ANTON SMARIO; FATHER HENRY G. HARGREAVES; and DOES 1 THROUGH 100, inclusive,

      Defendants.

Page 1 - Scheduling Order

A Status Conference in the above-captioned adversary proceeding was held on June 29, 2010 at 1:30 p.m., Pacific time.  Appearances were noted on the record.  Based upon the record of this case, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1.      No later than July 19, 2010, the Society of Jesus, Father General Adolfo Nicolas, SJ and His Predecessors shall file an opposition  (the "Opposition") to the *Motion of the Plaintiffs for Order Directing Manner of Service of Summons and Complaint Pursuant to Rule 4(f)(3)* (the "Motion to Direct Manner of Service") [Docket No. 98], that the above-captioned Plaintiffs filed in the above-captioned adversary proceeding on June 18, 2010.

2.      The Plaintiffs shall file any reply to the Opposition no later than July 26, 2010.

3.      A hearing on the Motion to Direct Manner of Service will be held at 11:30 a.m. on Friday, July 30, 2010.

### #

/s/ Kenneth S. Roosa
_____
Presented by:
Kenneth S. Roosa, AKB No. 8303061
Kroosa@CookeRoosa.com
Telephone: (907)276-2744
Fax: (907) 276-2746

Attorneys for Plaintiffs

I certify that I am employed by the law office of Cooke Roosa LLC and on the 1st day of July, 2010, I served the attached Scheduling Order to:

Dated: July 1, 2010                    COOKE ROOSA LLC

                                       By: */s/ Gayle Michaelson*
                                            Gayle Michaelson


Parties requiring service that will be served electronically via ECF:

    TERESA H PEARSON     teresa.pearson@millernash.com, teri.cochran@millernash.com; lisa.conrad@millernash.com

    PAMELA EGAN SINGER     psinger@pszjlaw.com, pjeffries@pszjlaw.com; ksuk@pszjlaw.com

Parties requiring conventional paper service of copies of signed order:

Richard K. Hansen
Schwabe Williamson & Wyatt PC
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, Oregon  97204-3795
E-mail:  rhansen@schwabe.com
Fax:  (503) 796-2900

James M. Gorski
Hughes Pfiffner Gorski Seedorf & Odsen, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
E-mail:  jmg@hpglaw.net
Fax:  (907) 263-8320

Of Attorneys for Defendants, The Society of Jesus, Oregon Province, and The Society of Jesus, Alaska

Gary A. Zipkin
Gregory G. Silvey
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska  99501
E-mail:  gzipkin@guessrudd.com
       gsilvey@guessrudd.com
Fax:  (907) 793-2299

Of Attorneys for Defendant Society of Jesus, Father General Adolfo Nicolas, SJ, and His Predecessors

Cynthia L. Ducey
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
E-mail:  cld@delaneywiles.com
Fax:  (907) 279-3581

Attorneys for Defendant Pioneer Educational Society

Page 3 - Scheduling Order

Daniel T. Quinn
Richmond & Quinn, P.C.
360 K Street, Suite 200
Anchorage, Alaska  99501
E-mail:  dquinn@richmondquinn.com
Fax:  (907) 276-2953

Attorneys for Defendant Stephen
Sundborg

Bruce L. Campbell
Kieran J. Curley
Michelle E. Barton
Miller Nash
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699

Attorneys for Society of Jesus, Father
General Adolfo Nicholas, SJ and His
Predecessors

Timothy M. Lynch
Lynch & Associates, PC
425 G Street, Suite 320
Anchorage, Alaska  99501
Fax:  (907) 278-9498

Page 4 -  Scheduling Order