Kenneth S. Roosa, ABA No. 8306061
kroosa@cookeroosa.com
COOKE ROOSA LLC
3380 C Street, Suite 202
Anchorage, AK 99503
Telephone: (907) 276-2744
Fax: (907) 276-2746

Attorneys for Plaintiffs

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>SOCIETY OF JESUS, OREGON PROVINCE,<br><br>        Debtor | Case No. 09-30938-elp11<br><br>Chapter 11<br><br>Adversary Proceeding No. 09-03318-elp<br><br>PLAINTIFFS' MOTION TO DISMISS |
| JAMES DOE 59 through 94; JANET DOE 4 through 7; and JEAN DOE 3 through 6,<br><br>        Plaintiffs,<br><br>   v.<br><br>SOCIETY OF JESUS, OREGON PROVINCE; THE SOCIETY OF JESUS, ALASKA; THE SOCIETY OF JESUS, FATHER GENERAL ADOLFO NICOLAS, SJ AND HIS PREDECESSORS; THE PIONEER EDUCATIONAL SOCIETY; FATHER STEPHEN SUNDBORG, S.J.; ANTON SMARIO; FATHER HENRY G. HARGREAVES; and DOES 1 THROUGH 100, inclusive, | |

Page 1 -   Plaintiffs' Motion to Dismiss

                    Defendants.

Pursuant to Fed. R. Civ. P. 41, made applicable by Fed. R. Bankr. P. 7041, plaintiffs hereby move to dismiss this adversary proceeding with prejudice, with each side bearing its own attorney fees and costs.

Counsel for plaintiffs has conferred with counsel who has specially appeared for the General Curia of the Society of Jesus, who has no objections to this motion.

DATED this ____ day of October, 2011.

                    COOKE ROOSA LLC


/s/ Kenneth Roosa
Kenneth S. Roosa, ABA No. 8306061
kroosa@cookeroosa.com
Telephone: (907) 276-2744
Fax: (907) 276-2746

Attorneys for Plaintiffs

I hereby certify that I served the foregoing Plaintiffs' Motion to Dismiss on:

- PAMELA M EGAN    pegan@pszjlaw.com, pjeffries@pszjlaw.com;ksuk@pszjlaw.com

- TERESA H PEARSON    teresa.pearson@millernash.com, lisa.conrad@millernash.com;brenda.hale@millernash.com

- KENNETH S. ROOSA    info@cookeroosa.com

by the following indicated method or methods on the date set forth below:

☒    **CM/ECF system transmission.**

and on

| MICHELLE E BARTON | JAMES M GORSKI | GREGORY G SILVEY |
| 111 SW 5th Ave #3400 | 3900 C St #1001 | 510 L St #700 |
| Portland, OR 97204 | Anchorage, AK 99503 | Anchorage, AK 99501 |

BRUCE L CAMPBELL
111 SW 5th Ave #3400
Portland, OR 97204

RICHARD K HANSEN
1211 SW 5th Ave #1600-1900
Portland, OR 97204

GARY A ZIPKIN
510 L St #700
Anchorage, AK 99501

KIERAN J CURLEY
111 SW 5th Ave #3400
Portland, OR 97204

TIMOTHY M LYNCH
425 G St #320
Anchorage, AK 99501

CYNTHIA L DUCEY
1007 W 3rd Ave #400
Anchorage, AK 99501

DANIEL T QUINN
360 K St #200
Anchorage, AK 99501

by the following indicated method or methods on the date set forth below:

☒    **First-class mail, postage prepaid.**

DATED this ____ day of October, 2011.

/s/ Kenneth Roosa
Kenneth S. Roosa, ABA No. 8306061

Attorneys for Plaintiffs