Below is an Order of the Court.

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | Bankruptcy Case |
| ) | No. 09-30938-elp11 |
| Society of Jesus, Oregon Province, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| James Does et al., ) | Adv. Proc. No. 09-03318-elp |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | ORDER TO SHOW CAUSE RE DISMISSAL |
| Society of Jesus, Oregon Province, ) | FOR LACK OF PROSECUTION |
| et. al, ) | |
| Defendants. ) | |

On September 20, 2011, at 11 a.m., the court held a continued status hearing in the above-referenced proceeding. As a result of confirmation of the plan and the need to remand the claims against the non-debtor defendants, the court instructed plaintiff to file a Motion for Remand within 14 days of that hearing. The plaintiff failed to file the motion within that time.

Page 1 - ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

It appearing that the above-referenced adversary proceeding is not being diligently prosecuted,

IT IS HEREBY ORDERED that plaintiff appear before the court at 9 a.m. on November 1, 2011, via the court's "Meet-Me" telephone hearing line, and show cause, if any, why this court should not enter an order dismissing this adversary proceeding for lack of prosecution. Instructions on attending the hearing by telephone are attached.

IT IS FURTHER ORDERED that, not less than five (5) days prior to the noticed hearing date, plaintiff shall serve and file a statement setting forth the status of the action or proceeding and whether good cause exists to dismiss it for failure to prosecute.

###

cc: Kenneth Roosa
James M. Gorski
Cynthia L. Ducey
Daniel T. Quinn
Anton Smario
Richard K. Hansen
Teresa H. Pearson
Pamela M. Egan
U.S. Trustee

MEET-ME TELEPHONE INSTRUCTIONS

No later than the hearing time set in the hearing notice, all participants are required to call in and connect to the "MEET‑ME" telephone hearing line at (503) 326‑6337. When connected, enter the 3‑digit *ID No.* "111" *followed by* the "#" key. Each participant must also comply with each hearing requirement listed below.

1.      Do not call more than 5 minutes before this hearing
2.      If you have problems connecting, call the court at (503) 326‑1510.
3.      You must call in and connect to the "Meet‑Me" telephone hearing line, no later than the hearing time contained in the hearing notice, or personally appear in the judge's courtroom.  <u>The court will not call the parties.</u>
4.      Do not use a speaker phone, cell phone or headset! You may be asked to call from another telephone if your phone causes static or has excessive background noise, etc., or the signal is weak or drops.
5.      You must take all necessary steps to eliminate background noise, such as shutting the door, turning off music, not putting the court on hold if it will result in music or other noise, not talking to third parties, using a "Do Not Disturb" button so the telephone/intercom will not ring, positioning the telephone to minimize paper rustling, and keeping all nonparticipants in the room quiet.
6.      Do not introduce yourself until the court calls your specific hearing. Simply stay on the line, even if there is only silence, until the judge appears, and then continue to listen quietly until your hearing is called.
7.      Whenever speaking, you must first identify yourself.
8.      Do not be late. The judge will handle late calls the same as (s)he would a late appearance in court. If the case has already been called, the judge will likely decline to revisit any decision that was made when the case was called. Failure of the movant/plaintiff to appear at the scheduled time may result in denial of the relief requested,